Exhibit E

Case 7:07-cv-03305-KMK-LMS   Document 1-6   Filed 04/24/2007   Page 1 of 3





**EXHIBIT E**

