Exhibit H

4. Which size of The Doctor's ® NightGuard™ do you intend to wear?
   Small,
   medium or
   large (circle one).

5. How satisfied are you with The Doctor's ® NightGuard™? Would you say that you are
   (a) extremely satisfied,
   (b) very satisfied,
   (c) somewhat satisfied,
   (d) not very satisfied, or
   (e) extremely dissatisfied?  (circle one).

6. What would you do to improve The Doctor's ® NightGuard™?

_____

_____

_____

Thank you for your most valued input!

©2006 Distributed by Medtech Products Inc.,
Irvington, NY 10533 USA, a Prestige Brands Company
DC12601



At-Home Fitting Instructions

The Doctor's NightGuard™

Dental Protector
for Nighttime Teeth Grinding (Bruxism)

www.doctorsnightguard.com

**EXHIBIT G**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-536-309**

EFFECTIVE DATE OF REGISTRATION

4 / 13 / 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
The Doctor's® NightGuard™

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2  NAME OF AUTHOR ▼**
a  Medtech Products Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2006 ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ 09   Day ▶ 28   Year ▶ 2006
USA ◀ Nation

**4  COPYRIGHT CLAIMANT(S)**  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Medtech Products Inc.
90 North Broadway, Irvington, New York 01533

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED

APR 13 2007

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
             • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

APR-23-2007  18:51        REC & PROC DIV                    2027071899    P.03/03

EXAMINED BY _____   FORM TX

CHECKED BY

☐ CORRESPONDENCE
  Yes                                                FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6** a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

b

Area code and daytime telephone number ▶                           Fax number ▶
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                   Check only one ▶  ☐ author
                                                     ☐ other copyright claimant
                                                     ☐ owner of exclusive right(s)
                                                     ☒ authorized agent of  Medtech Products Inc.
of the work identified in this application and that the statements made               Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Micheline Kelly Johnson                                            Date ▶ March 20, 2007

Handwritten signature ▼
[signature]

Certificate will be mailed in window envelope to this address:

Name ▼
Micheline Johnson: Baker, Donelson, Bearman, Caldwell & Berkowitz

Number/Street/Apt ▼
633 Chestnut St., 1800 Republic Centre

City/State/Zip ▼
Chattanooga, TN 37450-1800

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full  Rev: 11/2006  Print: 11/2006—30,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/xx

TOTAL P.03