Exhibit I

call toll-free **1.888.792.0865**

# Splintek. designing health & comfort

## Sleep Right & Live Well



Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

| *New!* SleepRight Adjustable Night Guard *Advance* | SleepRight Adjustable Night Guard *Select* | SleepRight Adjustable Night Guard *Low-Profile* | SleepRight **Side Sleeping Pillow** | *ErgoPic* |
|---|---|---|---|---|
|  |  |  | | |
| New & improved to be more durable, comfortable, and stable. > more information | Original design that fits most individuals and recommended for sleep. > more information | Recommended for sensitive gums and/or a small mouth. > more information | Uniquely designed memory foam pillow for side sleepers. > more information | Ergonomically designed dental pics. > more information |
| Select Flavor [Buy Now] | Select Flavor [Buy Now] | Select Flavor [Buy Now] | Select Size [Buy Now] | $6.95 Please call to order. 1.888.792.0865 Includes 50 reusable dental pics and one carrying case. |
| **Only available here!** $99.95 ($89.95 for 2 or more) Available in a natural mint flavor 30-day - money back gurantee 90-day - replacement warranty Includes one night guard, one carrying case, and fitting instructions. | $69.95 ($59.95 for 2 or more) Available in natural mint flavor or cinnamon flavor 30-day - money back guarantee 90-day - replacement warranty Includes one night guard, one carrying case, and fitting instructions. | $69.95 ($59.95 for 2 or more) Available in natural mint flavor or cinnamon flavor 30-day - money back guarantee 90-day - replacement warranty Includes one night guard, one carrying case, and fitting instructions. | $69.95 - 16" Length $99.95 - 24" Length We have completed the necessary changes to the 24" pillow. We started filling the back orders on March 1st. Please allow 4 weeks to ship new orders. We sincerely apologize for the inconvenience. 5-Year Warranty All sales final on pillow Includes one memory foam pillow and one washable, hypo-allergenic, cotton velour cover. | |

**EXHIBIT I**

**SleepRight System!** Purchase a 16" pillow for $30, or a 24" pillow for $50, or a 24" x 5" pillow for $60 when you purchase it with a SleepRight Adjustable Night Guard! Must place your order over the phone to receive this discount. 1.888.792.0865

Orders placed after 12pm CST will be shipped out the next business day.

Orders placed after 12pm CST on a Friday, Saturday, or Sunday will be shipped out the following Monday, despite the chosen shipping method.

**SleepRight Adjustable Night Guard**
The SleepRight Adjustable Night Guard is not recommended without a prescription for people with disorders of the temporomandibular joint (TMJ or TMD). TMJ problems can only be diagnosed by a dentist or health professional. SleepRight Adjustable Night Guard RX is available by prescription for different intended uses that can only be diagnosed by a health professional.
**Indications:** SleepRight Adjustable Night Guard protects teeth and dental work from clenching and grinding.
**Caution: Do not use if** you are under 18 years of age. If you can wiggle any of your teeth. If your dentist told you that you have TMJ. If you have any tooth or jaw pain, or pain with bruxing or tooth grinding. As an athletic mouth guard. For more than 12 hours in a 24 hour period. For more than three months without consulting your dentist. Discontinue use and replace if breakage occurs. **Ask a doctor before use if you have** loose fillings, loose caps or cavities with no fillings. Clicking of your jaw. Jaw pain, teeth pain, face pain, or have a hard time chewing. Two or more missing teeth. Mouth sores. Gum disease or bleeding gums. Serious breathing, respiratory or other health problems. **When using this product** see your dentist every six months. **Stop use and ask a dentist if** your same symptoms last even after several weeks of use. The product easily falls out of your mouth. The product causes you to gag or feels uncomfortable. You have bleeding gums, soreness, or other reaction inside your mouth. You notice new symptoms (jaw pain, teeth pain, ear pain, headache, neck stiffness, or joint clicking) because of the product. You have loose teeth or a change in your bite that lasts more than a few minutes after taking product out.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.