IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,<br>90 North Broadway<br>Irvington, New York 10533<br><br>Plaintiff,<br><br>v.<br><br>POWER PRODUCTS, INC.<br>  d/b/a SPLINTEK,<br>3325 Wyoming Street<br>Kansas City, Missouri 64111<br><br>Defendant. | JUDGE ROBINSON<br>07 CV 3305<br><br>CORPORATE DISCLOSURE<br>STATEMENT<br><br>RECEIVED<br>APR 24 2007<br>U.S.D.C. S.D. N.Y.<br>CASHIERS |

The undersigned counsel of record for Plaintiff Medtech Products Inc. ("Medtech"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states that Medtech has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock. either directly or indirectly:

Medtech Holdings, Inc.

Prestige Brands, Inc.

Prestige Products Holdings, Inc.

Prestige Brands International, LLC

Prestige International Holdings, LLC

Prestige Brands Holdings, Inc.

**Dated: April 24, 2007.**

                        Respectfully submitted,

                        ALSTON & BIRD LLP

                        By: _____
                            Karl Geercken (KG 5897)
                            Amy Manning (AM 0338)
                        90 Park Avenue
                        New York, New York 10016-1387
                        (212) 210-9471 (phone)
                        (212) 210-9444 (facsimile)
                        karl.geercken@alston.com
                        amy.manning@alston.com

                        Of Counsel:

                        Todd R. David, GA Bar Number 206526
                        ALSTON & BIRD LLP
                        One Atlantic Center
                        1201 West Peachtree Street
                        Atlanta, Georgia 30309-3424
                        todd.david@alston.com

                        W. Edward Ramage, TN BPR No. 16261
                        BAKER, DONELSON, BEARMAN,
                           CALDWELL & BERKOWITZ, P.C.1800
                        Commerce Center, Suite 1000
                        211 Commerce Street
                        Nashville, Tennessee 37201
                        (615) 726-5600
                        eramage@bakerdonelson.com

                        Carl M. Davis II, GA Bar Number 207710
                        BAKER, DONELSON, BEARMAN,
                           CALDWELL & BERKOWITZ, P.C.1800
                        Six Concourse Parkway
                        Suite 3100
                        Atlanta, Georgia 30328
                        (678) 406-8700
                        cdavis@bakerdonelson.com

                        Micheline Kelly Johnson, TN BPR No. 13847

Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.