AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

Medtech Products, Inc.

v.

Power Products, Inc.

**APPEARANCE**

Case Number: 07CV3305

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Medtech Products Inc.
90 North Broadway
Irvington, New York 10533

I certify that I am admitted to practice in this court.

April 30, 2007
Date

Signature

Amy Manning        AM0338
Print Name         Bar Number

Alston & Bird, LLP - 90 Park Avenue
Address

New York, New York 10016
City        State        Zip Code

(212) 210-9543        (212) 210-9444
Phone Number        Fax Number