AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____ DISTRICT OF _____ New York _____

Medtech Products, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Power Products, Inc. (d.b.a Splintek)

CASE NUMBER:

**07 CV 3305**

**JUDGE ROBINSON**

TO: (Name and address of defendant)

Power Products, Inc. (d.b.a Splintek)
3325 Wyoming Street
Kansas City, Missouri 6411195

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_____ (signature) _____

(BY) DEPUTY CLERK

APR 2 4 2007

DATE

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MEDTECH PRODUCTS, INC.,

        Plaintiff,                                       Case No. 07 CV 3305
                                                          (Judge Robinson)

        -against-                                     AFFIDAVIT OF SERVICE

POWER PRODUCTS, INC. (d/b/a SPLINTEK),

        Defendant.
-----------------------------------------------------------------X
STATE OF MISSOURI    )
        S.S.:
COUNTY OF JACKSON   )

        GLEN JONES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 27th day of April, 2007, at approximately the time of 10:55 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES; INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARET SMITH upon POWER PRODUCTS, INC. (d/b/a SPLINTEK) at 3325 Wyoming Street, Kansas City, MO, by personally delivering and leaving the same with PAT HOLMES who informed deponent that she holds the position of Director of H.R. with that company and is authorized by appointment to receive service at that address.

        PAT HOLMES is a tan (Hispanic/Italian) female, approximately 55 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 250 pounds with frosted brown hair.

_____
GLEN JONES

SPECIAL SERVICE AGENT
UNITED STATES DISTRICT COURTS
NATIONAL CRIME RESEARCH CENTER
CERTIFIED/NO. ACR 2548 L.1.01

Sworn to before me this
___ day of May, 2007

_____
NOTARY PUBLIC

WILLIAM BATTERS
Notary Public - State of Missouri
My Commission Expires Jan.1, 2008