UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                :
MEDTECH PRODUCTS, INC.,                                         :
                                                                :  07-CV-3305
              Plaintiff,                                        : (ECF CASE)
                                                                :
     -against-                                                : **NOTICE OF APPEARANCE**
                                                                :
POWER PRODUCTS, INC.                                            :
                                                                :
              Defendant                                         :
-----------------------------------------------------------------X:


       PLEASE TAKE NOTICE, that Kathy Dutton Helmer of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby enters her appearance in this action as co-counsel for Defendants, Power Products, Inc., and requests that all pleadings and papers in this action be served upon the undersigned.


Dated: Newark, New Jersey
       May 17, 2007

                                                /s/ Kathy Dutton Helmer (9571)

                                                KIRKPATRICK & LOCKHART
                                                PRESTON GATES ELLIS LLP
                                                One Newark Center – 10th Floor
                                                Newark, New Jersey 07102

                                                *Attorneys for Defendants*
                                                *Power Products, Inc*.


WA 904836.1