IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,<br>90 North Broadway<br>Irvington, New York 10533<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER PRODUCTS, INC.<br>　　d/b/a SPLINTEK,<br>3325 Wyoming Street<br>Kansas City, Missouri 64111<br><br>　　　　　Defendant. | Civil Action No. 07 CV 3305 (SCR)<br><br>NOTICE OF MOTION |

　　　　PLEASE TAKE NOTICE that upon the accompanying proofs and submissions including:

　　　　1.  The Declaration of Jean Boyko, dated May 23, 2007, including Exhibits 1-5;

　　　　2.  The Declaration of Charles Schrank, dated May 23, 2007, including Exhibits A-K;

　　　　3.  The Declaration of Eugene P. Ericksen, dated May 23, 2007, including Exhibit AA;

　　　　4.  The Declaration of Amy S. Manning, Esq., dated May 23, 2007, including Exhibits 1-8;

　　　　5.  Plaintiff's Memorandum of Law in Support its Motion for Preliminary Injunction and Appendix and Exhibit 1 thereto;

　　　　6.  All prior pleadings heretofore had in this action; and

　　　　7.  Any additional discovery or proof as permitted by the Court.

　　　　Plaintiff Medtech Products Inc. ("Medtech") will move this Court at the United States Courthouse, 300 Quarropas Street, White Plains, New York, before the Honorable Stephen C. Robinson, United States District Judge, on a date and time to be set by the Court, pursuant to

Rule 65 of the Federal Rules of Civil Procedure, for an Order preliminarily enjoining Defendant Power Products, Inc. d/b/a Splintek ("Power Products") as follows:

1. Preliminarily enjoining Defendant Power Products from using Medtech's NIGHTGUARD™ mark on any of Power Products' dental protector products or materials;

2. Preliminarily enjoining Defendant Power Products from copying or distributing any of Medtech's copyrighted materials;

3. Preliminarily enjoining Defendant Power Products from selling its dental protector products over-the-counter until such time as those sales are approved by the U.S. Food and Drug Administration; and

4. Preliminarily enjoining Defendant Power Products from selling its dental protector in violation of the New York Deceptive Practices Act, N.Y. Gen. Bus. § 349(a).

Power Products' recent expanded market presence and increased direct competition with Medtech's dental protector sold under the NIGHTGUARD™ mark pose an immediate and urgent threat to Medtech. The damage being caused is inestimable and irreparable in a market where consumer confidence, brand recognition and reputation are critical to success. Accordingly, Medtech respectfully requests immediate injunctive relief to protect Medtech's reputation, goodwill, and business from Power Products' continued infringing and illegal actions.

Dated: May 23, 2007
      New York, New York

                                  Respectfully submitted,

                                  ALSTON & BIRD LLP

By: s/Karl Geercken
Karl Geercken (KG 5897)
Amy Manning (AM 0338)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9471 (phone)
(212) 210-9444 (facsimile)
karl.geercken@alston.com
amy.manning@alston.com

Of Counsel:

Todd R. David, GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.1800
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
eramage@bakerdonelson.com

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia 30328
(678) 406-8700
cdavis@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com

- 4 -

csanko@bakerdonelson.com

*Attorneys for Plaintiff Medtech Products Inc.*