IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br> 90 North Broadway <br> Irvington, New York 10533 <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br> 3325 Wyoming Street <br> Kansas City, Missouri 64111 <br><br> Defendant. | Civil Action No. 07 CV 3305 (SCR) |

## DECLARATION OF AMY S. MANNING, ESQ.

I, Amy S. Manning, pursuant to 28 U.S.C. § 1746, declare and say as follows:

1. My name is Amy S. Manning. I am an attorney in the New York, New York Office of Alston & Bird LLP. I have personal knowledge of the facts and circumstances discussed herein. I submit this declaration in support of Medtech's Motion for a Preliminary Injunction.

2. At the time this lawsuit was filed, the Power Products website at www.sleepright.com listed ten (10) retail locations where its dental protector was available, including in New York. A true and correct copy of the Power Products listing of retail stores in New York, as found on www.sleepright.com on April 24, 2007, is attached hereto as Exhibit 1.

3. After this lawsuit was filed, Power Products began selling its product at Target retail stores, including stores in New York. A true and correct copy of Power Products' listing

of retail stores in New York, as found on www.sleepright.com on May 16, 2007, is attached hereto as Exhibit 2.

4. On the Power Products website (www.sleepright.com), Power Products has set up a "Customer Posts" segment, which directs the Internet user to a "SPLINTEK® Community Forum." Included on the site are several posts from Power Products "Community Moderators." A true and correct copy of several Community Moderator posts, as found on www.sleepright.com, is attached hereto as Exhibit 3. A true and correct copy of certain customer postings from the Power Products' Community Forum, as found on www.sleepright.com, are attached hereto as Exhibit 4.

5. On the Power Products website (www.sleepright.com), Power Products has set up a "Frequently Asked Questions" section. A true and correct copy of the Frequently Asked Questions section, as found on www.sleepright.com, is attached hereto as Exhibit 5.

6. On the Power Products website (www.sleepright.com), Power Products includes certain warnings and disclaimers. A true and correct copy of Power Products' warnings and disclaimers, as found on www.sleepright.com, is attached hereto as Exhibit 6.

7. The United States Patent and Trademark website (www.uspto.gov) includes the Power Products application for its SPLINTEK™ mark, which is dated September 4, 1998. A true and correct copy of the SPLINTEK™ trademark information, as found on www.uspto.gov, is attached hereto as Exhibit 7.

8. A true and correct copy of the Power Products listing of retail stores in California, as found on www.sleepright.com on April 24, 2007, is attached hereto as Exhibit 8.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED THIS 23 DAY OF MAY, 2007.

_____
AMY S. MANNING