# EXHIBIT 1

Case 7:07-cv-03305-KMK-LMS    Document 9-2    Filed 05/23/2007    Page 1 of 2

call toll-free **1.888.792.0865**

# Splintek. designing health & comfort

### Sleep Right & Live Well

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

## Store Locations

To locate a retailer near you that carries the **SleepRight Adjustable Night Guard**, please choose your area from the list below.

Choose Your Area 

### New York

**Morales Pharmacy**
151 East 170th Street
Bronx, NY 10452
718-293-5832

**Relax The Back**
167 Walt Whitman Rd.
Huntington Station, NY 11746
631-367-3335
relaxtheback159@aol.com

**Pasteur Pharmacy II**
806 Lexington Avenue
New York, NY 10021
212-838-2500

**Relax The Back**
15 Main St.
Sayville, NY 11782
631-567-9001
relaxthebacksayville@verizon.net

**Cresetti Drug**
454 5th Avenue
Brooklyn, NY 11215

**Z-Chemists**
40 West 57th St.
New York, NY 10019
212-956-6000

**Drug World**
182 S. Main St.
New City, NY 10956
845-638-1212

**Century Middle Neck Pharmacy**
531 Middle Neck Road
Great Neck, NY 11023
516-482-4880

**East Village Prescription**
72 Avenue A
New York, NY 10009
212-500-5876

**Diamond Beauty Supply**
2943 Long Beach Rd.
Oceanside, NY 11572
516-594-1839

Click here to find a retailer that carries the **SleepRight Side Sleeping Pillow**.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.