# EXHIBIT 2



## Store Locations

To locate a retailer near you that carries the **SleepRight Adjustable Night Guard**, please choose your area from the list below.

Choose Your Area   

### New York

**Target**
1150 Old Country Rd.
Riverhead, NY 11901
631-208-9424

**Relax The Back**
167 Walt Whitman Rd.
Huntington Station, NY 11746
631-367-3335
relaxtheback159@aol.com

**East Village Prescription**
72 Avenue A
New York, NY 10009
212-500-5876

**Diamond Beauty Supply**
2943 Long Beach Rd.
Oceanside, NY 11572
516-594-1839

**Target**
2975 Horseblock Rd.
Medford, NY 11763
631-286-0287

**Relax The Back**
15 Main St.
Sayville, NY 11782
631-567-9001
relaxthebacksayville@verizon.net

**Pasteur Pharmacy II**
806 Lexington Avenue
New York, NY 10021
212-838-2500

**Morales Pharmacy**
151 East 170th Street
Bronx, NY 10452
718-293-5832

**Century Middle Neck Pharmacy**
531 Middle Neck Road
Great Neck, NY 11023
516-482-4880

**Z-Chemists**
40 West 57th St.
New York, NY 10019
212-956-6000

**Drug World**
182 S. Main St.
New City, NY 10956
845-638-1212

**Cresetti Drug**
454 5th Avenue
Brooklyn, NY 11215

Click here to find a retailer that carries the **SleepRight Side Sleeping Pillow**.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart