# EXHIBIT 3

# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

FAQ   Search   Memberlist   Usergroups   Register
Profile   Log in to check your private messages   Log in

## Maintenance

newtopic   postreply   Splintek Community Forum Index -> Sleep Right

View previous topic :: View next topic

| Author | Message |
|---|---|
| **Mbr**<br>Guest | Posted: Mon Nov 27, 2006 4:16 pm   Post subject: Maintenance   quote<br><br>Is it ok to clean the advanced version with soap and water? And is it ok to do that daily as opposed to monthly? |
| Back to top | |
| **RachelM**<br>Community Moderator<br><br>Joined: 25 Sep 2006<br>Posts: 26 | Posted: Thu Nov 30, 2006 11:26 am   Post subject:   quote<br><br>You can clean the Nightguard as often as you'd like. As long as you use cool water when rinsing and cleaning. Also to avoid any mold build-up make sure the Nightguard is completely dry before putting it back in its case. 😊 |
| Back to top | profile   pm |

Display posts from previous: All Posts · Oldest First · Go

All times are GMT - 6 Hours

newtopic   postreply   Splintek Community Forum Index -> Sleep Right

**Page 1 of 1**

Jump to: Sleep Right · Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

Case 7:07-cv-03305-KMK-LMS    Document 9-4    Filed 05/23/2007    Page 3 of 8

Splintek Community :: View topic - Sleepright is Terrible!                    Page 1 of 2



# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

? FAQ    Search    Memberlist    Usergroups    Register
Profile    Log in to check your private messages    Log in

## Sleepright is Terrible!

(newtopic) (postreply)    Splintek Community Forum Index -> Sleep Right

View previous topic :: View next topic

| Author | Message |
|---|---|
| **t1218**<br>Guest | Posted: Sat Dec 09, 2006 11:03 pm    Post subject: Sleepright is Terrible!    (quote)<br><br>I can't believe that they can sell the Sleepright! It is so bulky that I cannot close my lips--they are about 1" apart. Very uncomfortable. The appliance also stays on by being wrapped up and over your gums. Your gums are not meant to have anything rub on them like this. Can this cause the gums to recede? ? |
| Back to top | |
| **RachelM**<br>Community Moderator<br><br>Joined: 25 Sep 2006<br>Posts: 26 | Posted: Mon Dec 11, 2006 11:14 am    Post subject:    (quote)<br><br>I believe the reason that you are finding the Nightguard so uncomfortable is because you purchased the wrong size Nightguard. We do have a Low-Profile Nightguard available that we recommend for people with sensitive gums or small mouths. The Low-Profile doesn't have the stability wings which is what seems to be bothering you. Also, you shouldn't have a problem closing your mouth with the Low-Profile. The SleepRight Nightguard does not cause your gums to recede. If you'd like you can exchange your Nightguard for the Low-Profile, as long as your still within your 90-day replacement period. 😊 |
| Back to top | (profile) (pm) |

Display posts from previous:  All Posts   Oldest First    Go

All times are GMT - 6 Hours

(newtopic) (postreply)    Splintek Community Forum Index -> Sleep Right

**Page 1 of 1**

Jump to: Sleep Right    Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Case 7:07-cv-03305-KMK-LMS    Document 9-4    Filed 05/23/2007    Page 4 of 8

Splintek Community :: View topic - Sleepright is Terrible!    Page 2 of 2

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

FAQ  Search  Memberlist  Usergroups  Register
Profile  Log in to check your private messages  Log in

## Keeping the strap down

newtopic  postreply    Splintek Community Forum Index -> Sleep Right

View previous topic :: View next topic

| Author | Message |
|---|---|
| **skhouse**<br>Guest | Posted: Fri Jun 09, 2006 4:39 pm    Post subject: Keeping the strap down    **quote**<br><br>Am I wearing this wrong because I can't seem to fit the strap correctly? It keeps riding up and/or feels like it is not long enough to go along the bottom of my lower teeth as in the picture. Is there some trick? Is it just by moving the bitewings that will make it work? thanks in advance |
| Back to top | |
| **maryb**<br>Guest | Posted: Mon Jun 12, 2006 10:16 am    Post subject: Center Strap    **quote**<br><br>🙂 I understand your concern. You may adjust your size by moving the bite pads forward or backwards to create larger or smaller fits. Also, may I ask...do you have the Select or the Low-Profile? |
| Back to top | |
| **Guest** | Posted: Wed Dec 20, 2006 2:00 pm    Post subject:    **quote**<br><br>I have the same problem with the strap sliding up. I'm pushing it back down several times a night, but the bite pads seem to be where they should be according to the photos. I have the newer Advance model, just worn couple weeks now. |
| Back to top | |
| **StevenF**<br>Community Moderator<br><br>Joined: 28 Aug 2006<br>Posts: 4 | Posted: Thu Dec 21, 2006 9:22 am    Post subject:    **quote**<br><br>Your Nightguard may be a little too large for your mouth. You should consider exchanging it for the Low-Profile. 🙂 |

Back to top  [profile] [pm]

Display posts from previous: All Posts   Oldest First   [Go]

[newtopic] [postreply]   **Splintek Community Forum Index -> Sleep Right**   All times are GMT - 6 Hours

Page 1 of 1

Jump to: Sleep Right   [Go]

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group



# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

FAQ · Search · Memberlist · Usergroups · Register
Profile · Log in to check your private messages · Log in

## Does it work

Goto page Previous 1, 2



newtopic · postreply    Splintek Community Forum Index -> Sleep Right

View previous topic :: View next topic

| Author | Message |
|---|---|
| **RachelM**<br>Community Moderator<br><br>Joined: 25 Sep 2006<br>Posts: 26 | Posted: Mon Oct 23, 2006 10:13 am  Post subject:  [quote]<br><br>Yes! the Nightguard will fit even though you've had some teeth pulled, just one of the great benefits from the adjustable side wings on the Nightguard. Also, you shouldn't feel any discomfort from the Nightguard. On the contrary, it is very comfortable and will protect any dental work you plan on having done. 😊 |
| Back to top | [profile] [pm] |
| **tsinclair**<br><br>Joined: 06 Nov 2006<br>Posts: 1 | Posted: Mon Nov 06, 2006 11:29 am  Post subject: worse pain  [quote]<br><br>Before I started using Sleepright, I experience sharp pain occasionally but could eliviate that pain with cold and warm compresses. Since using the sleepright, my problems have gotten worse. At the present moment, I cannot open my mouth wide enough to eat, my jaw locks and has to be pushed back into place and I have facial pain and soreness. Also, although I cannot prove that the sleepright cause this problem, my front bridge has come loose and once of the anchor teeth broke. All of this has happened AFTER I started using the sleepguard. I am in so much pain due to the jaw and bridge problems it is affecting my general emotional status. I am at a loss of what to do next but using the Sleepright nightguard will NEVER be an option for me. And since I am way past the 30 day warranty, I guess I am out my 39.95 ( i purchased my product from Walgreens via the internet). Thanks for the additional pain. |
| Back to top | [profile] [pm] |
| **RachelM**<br>Community Moderator<br><br>Joined: 25 Sep 2006<br>Posts: 26 | Posted: Wed Nov 15, 2006 11:06 am  Post subject:  [quote]<br><br>I'm sorry to hear that you have had such a difficult time with the SleepRight Nightguard. The product carries an 88% success ratio, but unfortunately does not work for everyone. We strongly recommend that you consult with physician regarding your health issues. I understand that you are past your 30-day |

> guarantee; however you still have a 90-day warranty that you can use towards company credit. We have several items in our online store. You may email us direct (marketing@splintek.com) for more information or contact our customer service at 1-888-792-0865. My name is Raquel, feel free to ask for me. 😊

**Back to top**

**Guest**

Posted: Mon Jan 01, 2007 4:56 am    Post subject: Re: are you sure

> Ken wrote:
>> NYDentist wrote:
>>> You should note that using a product like this for extended periods of time will cause your teeth to passively erupt and come out of occlusion. Meaning, your teeth will not contact each other as they should and you may in the end need massive reconstructive surgery costing thousands of dollars!
>>> Do yourself a favor and go see your dentist and discuss it with him FIRST! This product will not replace a conventional splint fabricated by your dentist.
>
> **I dont believe this NY dentist.. because he loses money on not having to do the surgery plus.. it costs too much money for the night guard the dentists make for you.. $300 !!** 😊

I agree with writer I did see my doctor and my dentist who made me a 300 dollar device that was hard as a rock and felt like my teeth shifted every morning I took it off! I have used Splintek product for 3 years daily! And visit my dentist every 6 months, he has yet to mention passive eruption or anything coming out of occlusion, dentist writer is out of his mind ❗

**Back to top**

Display posts from previous:  All Posts · Oldest First · Go

Splintek Community Forum Index -> Sleep Right    All times are GMT - 6 Hours
newtopic  postreply                                                  Goto page Previous 1, 2

**Page 2 of 2**

Jump to: Sleep Right  Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group