# EXHIBIT 4

# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

FAQ   Search   Memberlist   Usergroups   Register
Profile   Log in to check your private messages   Log in

# Sleepright is Terrible!

( newtopic )  ( postreply )   **Splintek Community Forum Index -> Sleep Right**

View previous topic :: View next topic

| Author | Message |
|---|---|
| **t1218**<br>Guest | quote<br>Posted: Sat Dec 09, 2006 11:03 pm   Post subject: Sleepright is Terrible!<br><br>I can't believe that they can sell the Sleepright! It is so bulky that I cannot close my lips--they are about 1" apart. Very uncomfortable. The appliance also stays on by being wrapped up and over your gums. Your gums are not meant to have anything rub on them like this. Can this cause the gums to recede? ? |
| Back to top | |
| **RachelM**<br>Community Moderator<br><br>Joined: 25 Sep 2006<br>Posts: 26 | quote<br>Posted: Mon Dec 11, 2006 11:14 am   Post subject:<br><br>I believe the reason that you are finding the Nightguard so uncomfortable is because you purchased the wrong size Nightguard. We do have a Low-Profile Nightguard available that we recommend for people with sensitive gums or small mouths. The Low-Profile doesn't have the stability wings which is what seems to be bothering you. Also, you shouldn't have a problem closing your mouth with the Low-Profile. The SleepRight Nightguard does not cause your gums to recede. If you'd like you can exchange your Nightguard for the Low-Profile, as long as your still within your 90-day replacement period. 🙂 |
| Back to top | ( profile ) ( pm ) |

Display posts from previous: All Posts   Oldest First   Go

( newtopic )  ( postreply )   **Splintek Community Forum Index -> Sleep Right**   All times are GMT - 6 Hours

**Page 1 of 1**

Jump to: Sleep Right   Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Splintek Community :: View topic - Sleepright is Terrible!

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

Splintek Community :: View topic - Keeping the strap down

# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

?FAQ   Search   Memberlist   Usergroups   ☑Register
Profile   Log in to check your private messages   Log in

# Keeping the strap down

newtopic    postreply    **Splintek Community Forum Index -> Sleep Right**

View previous topic :: View next topic

| Author | Message |
|---|---|
| **skhouse**<br>Guest | Posted: Fri Jun 09, 2006 4:39 pm    Post subject: Keeping the strap down    quote<br><br>Am I wearing this wrong because I can't seem to fit the strap correctly? It keeps riding up and/or feels like it is not long enough to go along the bottom of my lower teeth as in the picture. Is there some trick? Is it just by moving the bitewings that will make it work? thanks in advance |
| **Back to top** | |
| **maryb**<br>Guest | Posted: Mon Jun 12, 2006 10:16 am    Post subject: Center Strap    quote<br><br>☺ I understand your concern. You may adjust your size by moving the bite pads forward or backwards to create larger or smaller fits. Also, may I ask...do you have the Select or the Low-Profile? |
| **Back to top** | |
| **Guest** | Posted: Wed Dec 20, 2006 2:00 pm    Post subject:    quote<br><br>I have the same problem with the strap sliding up. I'm pushing it back down several times a night, but the bite pads seem to be where they should be according to the photos. I have the newer Advance model, just worn couple weeks now. |
| **Back to top** | |
| **StevenF**<br>Community Moderator<br><br>Joined: 28 Aug 2006<br>Posts: 4 | Posted: Thu Dec 21, 2006 9:22 am    Post subject:    quote<br><br>Your Nightguard may be a little too large for your mouth. You should consider exchanging it for the Low-Profile. ☺ |

Splintek Community :: View topic - Keeping the strap down

**Back to top**        (profile) (pm)

Display posts from previous:  All Posts    Oldest First   Go

(new topic)  (postreply)    **Splintek Community Forum Index -> Sleep Right**    All times are GMT - 6 Hours

**Page 1 of 1**

Jump to:  Sleep Right    Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

Splintek Community :: View topic - Does it work



# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

? FAQ    Search    Memberlist    Usergroups    Register
Profile    Log in to check your private messages    Log in

# Does it work
Goto page 1, 2 Next

newtopic    postreply    Splintek Community Forum Index -> Sleep Right

View previous topic :: View next topic

| Author | Message |
|---|---|
| **cmitch**<br>Guest | 🗋 Posted: Sat Jun 03, 2006 4:48 pm    Post subject: Does it work                    quote<br><br>I was wondering if the Sleepright really works. There are different products taht are less expensive and it looks like they do the same job. Do they? Is yours more effective? Thanks |
| **Back to top** | |
| **Maryb**<br>Guest | 🗋 Posted: Mon Jun 05, 2006 12:56 pm    Post subject: Does it work                    quote<br><br>🙂 Yes! It does REALLY work, and we are so confident that it does we back our product with a 30 day money back guarantee. So please try the product and see the difference for yourself. 😄 |
| **Back to top** | |
| **NYDentist**<br>Guest | 🗋 Posted: Mon Jun 05, 2006 7:40 pm    Post subject:                    quote<br><br>You should note that using a product like this for extended periods of time will cause your teeth to passively erupt and come out of occlusion. Meaning, your teeth will not contact each other as they should and you may in the end need massive reconstructive surgery costing thousands of dollars!<br>Do yourself a favor and go see your dentist and discuss it with him FIRST! This product will not replace a conventional splint fabricated by your dentist. |
| **Back to top** | |
| **James S**<br>Guest | 🗋 Posted: Tue Jun 06, 2006 8:54 am    Post subject: Sleepright                    quote<br><br>I have spent over a $1000.00 on a night guard from a dentist. I have also spent $25.00 on a guard you boil in water. I have been using the sleepright for 3 years and I love it. The only change that has happened to my teeth is they are |

now longer wearing down from the grinding. In fact, since I have been using the sleepright I grind less and do not need to wear my guard every night. It's helped me learn not to grind my teeth. I think my $1000 night guard made me grind more!

**Back to top**

**mmm**
Guest

☐ Posted: Mon Jun 26, 2006 8:22 am    Post subject: Profit loss for you dentist !!    [quote]

**NYDentist wrote:**

You should note that using a product like this for extended periods of time will cause your teeth to passively erupt and come out of occlusion. Meaning, your teeth will not contact each other as they should and you may in the end need massive reconstructive surgery costing thousands of dollars!
Do yourself a favor and go see your dentist and discuss it with him FIRST!
This product will not replace a conventional splint fabricated by your dentist.



I think you dentists dont like the Sleep Right because you lose profit when we dont go to you...

**Back to top**

**Ken**
Guest

☐ Posted: Mon Jun 26, 2006 8:24 am    Post subject: are you sure    [quote]

[quote="NYDentist"]You should note that using a product like this for extended periods of time will cause your teeth to passively erupt and come out of occlusion. Meaning, your teeth will not contact each other as they should and you may in the end need massive reconstructive surgery costing thousands of dollars!
Do yourself a favor and go see your dentist and discuss it with him FIRST! This product will not replace a conventional splint fabricated by your dentist.[/quote]
[b]

I dont believe this NY dentist.. because he loses money on not having to do the surgery plus.. it costs too much money for the night guard the dentists make for you.. $300 !! :o [/b]

**Back to top**

**Rachel**
Guest

☐ Posted: Mon Jul 10, 2006 2:57 pm    Post subject:    [quote]

i used to get migraines everyday and i had no idea why....... i didnt think that my migraines could be caused by clenching my jaw at night....... i read an article and did some research and decided to try the sleepright low profile ...... after 2 nights of wearing it 80% of my migraines were gone...... i still have other migraine triggers but as long as i avoid those my day goes so much better.........

**Back to top**

**boo**

Splintek Community :: View topic - Does it work

---

| Guest | Posted: Wed Jul 12, 2006 7:17 pm    Post subject: Do not waste your money | quote |

I am completely unsatisfied with this product. It caused me more pain than I was experiencing before purchasing the product. My mouth is small and even after making adjustments the product fit poorly. I returned the product but I did not receive my money back!

**Back to top**

| **Guest** | Posted: Thu Jul 13, 2006 11:55 am    Post subject: | quote |

☹ I am disheartened to read that you are so dissatisfied with your purchase. We are very confident in our product and that is why we offer a generous warranty period for return or exchange. We would also to be happy to assist you in finding the proper NightGuard for you, as we now offer three different options for you to choose from. Please contact us so we may help you alleviate your jaw pain.

**Back to top**

| **MZ**<br>Guest | Posted: Sat Aug 19, 2006 12:08 pm    Post subject: | quote |

For people who have used it, does it ever slip off while you sleep? I mean just by looking at it, it looks very thin and doesn't look like it covers much of your teeth ☺ . And how are your teeth positioned? Are they touching each other(the top and bottom)?

Also, what is it made of? I heard it has some mintly taste or something, so wondering if it is made of any chemicals or w/e.

**Back to top**

| **maryb**<br>Guest | Posted: Mon Aug 21, 2006 9:36 am    Post subject: | quote |

The SleepRight Night Guard (SRNG) uses natural tissue retention between your lips, cheeks and tongue to be held in place. There are no clasps that attach or fasten to the teeth to hold the appliance in place. The heat sensitive memory strap is soft, smooth and flexible. The front section of the strap lies comfortably between your lower lip and gum. Softening this section in warm water will enhance its adaptation to your personal anatomy. Please remember, this is not a custom made device. An analogy would be the foot problems some people have that make it impossible for them to wear OTC shoes. Special orthopedic shoes must be constructed for them. The same is true for the hard and soft tissues of your mouth. We have made every effort in the design and manufacturing of the SRNG to produce a one size fits all product requiring no boiling, messy powder-liquid mixes or time off from work. It is the only user-friendly product available on the market with state of the art adjustable technology for immediate delivery to your front door. Many of our customers have no problem keeping it in, even from the first night, especially if after reading and following the simple instructions they wear it at least a ½ -1 hr.

Splintek Community :: View topic - Does it work

"before" going to sleep. However, it is common knowledge in orthodontic practices that many orthodontic patients find their removable intra-oral appliances on the bed when they awaken, especially during the first few nights. Everyone's learning curve is different because everyone is different physiologically. If is does come out at night, it usually means you are not clenching or grinding (C & G) on the bitepads, hence you are well on your way to stopping the C & G at night. That's a good thing! Those who fail to follow our simple but very effective philosophy, never learn to control the C & G, so the appliance is held firmly in place throughout the night. The SRNG protects their teeth and joints all right but they never get control of the real problem.

Also, our nightguard is completely hypo-allergenic. It does not contain silicone, latex, or acrylic.

**Back to top**

**MZ**
Guest

☐ Posted: Mon Aug 21, 2006 10:07 am    Post subject:                          quote

Thanks for answering my Q. 😊

**Back to top**

**toml**
Guest

☐ Posted: Thu Aug 31, 2006 8:53 am    Post subject: Yes its works                quote

This product is great. I have had the product for a few months and I am extremely happy with it. Here is a list of things it has done for me.

1. I don't grind my teeth.
2. I don't snore any more.
3. I sleep better.
4. I have TMJ and my jaw does not pop like it use to.
5. Headaches are gone.

I spent $400 on a mouth guard from my dentist 5 years ago. This is cheaper and much more comfortable. Before you go spend hundreds of dollars at the dentist give it a try. It has more benefits compared to the one you get from the dentist.

**Back to top**

**hiyeas44**
Guest

☐ Posted: Fri Oct 13, 2006 6:08 pm    Post subject: he hee                        quote

**NYDentist wrote:**

You should note that using a product like this for extended periods of time will cause your teeth to passively erupt and come out of occlusion. Meaning, your teeth will not contact each other as they should and you may in the end need massive reconstructive surgery costing thousands of dollars!

Splintek Community :: View topic - Does it work

Do yourself a favor and go see your dentist and discuss it with him FIRST!
This product will not replace a conventional splint fabricated by your dentist.

😵 😄 🐵 🙂 ha ha funny monkey he just wants money!!

**Back to top**

**Mommymade59**

Joined: 18 Oct 2006
Posts: 1
Location: Maryland

🗋 Posted: Wed Oct 18, 2006 6:31 am    Post subject: What if my teeth are already [quote]
damaged by grinding?Will it fit

My dentist is going to have to cap my back teeth because I have been grinding
them my whole life, they are very short. Will this appliance be painful to wear?
I haven't ordered one yet. Also, I have had four of my teeth pulled as a youth
for braces, will the appliance fit my big mouth with fewer teeth? Thanks for any
answers... :P

 (profile) (pm)

**Back to top**

Display posts from previous:  All Posts    Oldest First    [Go]

All times are GMT - 6 Hours

(newtopic) (postreply)    **Splintek Community Forum Index -> Sleep Right**    Goto page 1, 2 Next

**Page 1 of 2**

Jump to:  Sleep Right    [Go]

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

Splintek Community :: View topic - Thinking about buying

# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

? FAQ    🔍 Search    📋 Memberlist    📇 Usergroups    ☑ Register
🗐 Profile    📳 Log in to check your private messages    📲 Log in

# Thinking about buying

🗐 newtopic    🗐 postreply    **Splintek Community Forum Index -> Sleep Right**

View previous topic :: View next topic

| Author | Message |
|---|---|
| **cam**<br><br>Joined: 10 Aug 2006<br>Posts: 1 | 🗋 Posted: Thu Aug 10, 2006 3:38 pm    Post subject: Thinking about buying    🔲 quote<br><br>I would like to be talked into buying the Splintek, but I just don't see how it can stop clenching behavior. Grinding, maybe, but not clenching<br><br>I clench my teeth and have suffered from bitten cheeks, bad headaches, poor sleep, and aching neck and shoulders. My first dentist made me a $360 molded nightguard that did nothing because it could not stop or help the clenching behavior--only grinding, which I don't do--so I ended up clenching even harder.<br><br>Then I heard about the NTI, which is made specifically for clenching, by a dentist, and fits only over your top front teeth. It cost $300, and it does stop clenching on the back teeth because they can't come together with the NTI on the front teeth. But, my clenching behavior just switched to now clenching my top and bottom front teeth!<br><br>I am almost desperate to stop clenching!!! But, I honestly don't see how the Splintek can solve this problem because your jaws will still come together in your sleep. I have tried the mantra "lips together, jaws apart", but when you fall asleep, you really can't control it. Can Splintek really help? |
| **Back to top** | 🗐 profile  📳 pm |
| **maryb**<br>Guest | 🗋 Posted: Thu Aug 17, 2006 11:51 am    Post subject: Thinking about buying    🔲 quote<br><br>🙂 The good news is that each and every one if us is capable biologically, physiologically and neurologically of taking control of our bad habits. If we first accept the fact that clenching and grinding your teeth together is not only a bad |

Splintek Community :: View topic - Thinking about buying

habit, but is also defined as a neuromuscular disorder, then all we have to do is feed the brain the proper input of information, in our conscious state of mind, to control and even stop the destructive forces of overactive chewing muscles. Your brain doesn't care biologically what you ask it for, so let's be sure our mental program for muscle function is the correct one.

Our product is designed to PROTECT from clenching & grinding, not to stop. Whenever there is competition between muscle & bone, but also muscle & teeth, muscle always wins. When you fall asleep or subconscious; or not in your conscious state of mind, you may not be able to control the muscle. Using our product in a conscious state of mind you may practice our mantra "lips together, teeth apart" so you may train your muscles to relax. The 3 step philosophy- awareness, accountability, and behavior modification- must be used incorporation with the lips together teeth apart. The product will not STOP your clenching & grinding but this product has the best materials on the market, moderately priced to protect your teeth to aid you while going through the cycle of competence. The cycle of competence is the period of time you imprint this method into your behavior to make an effort to stop the problem.

Please contact us to discuss our product the SleepRight adjustable nightguard with a consultant Monday through Friday 8-5 CST Toll Free 1-888-792-0865.

**Back to top**

**MZ**
Guest

☐ Posted: Sat Aug 19, 2006 12:18 pm    Post subject:    [quote]

When I was wearing braces many years ago, my orthodontist (along with some other dentists) said that cleanching AND grinding is caused by a lot of stress during the day and even depression. I have been targeting my depression with Omega-3 fish supplements and sometimes I feel better at night and don't feel as much grinding. The grinding hasn't disappeared completely though, so I use a night-guard to protect me when I feel that my day has been overly stressful.

p.s.- Omega supplements are the BEST! Even if you are not depressed, they really are helpful in concentrating and all the other brain activities.

**Back to top**

**lydiajen**

Joined: 25 Jun 2005
Posts: 4
Location: Boston

☐ Posted: Sat Sep 02, 2006 10:17 am    Post subject: Won't stop clenching, but will [quote] make you more aware of it.

It makes it more difficult to clench your teeth in the first place becasue the guard separates them...so you're really clenching the guard.

I have found it makes me more aware of my clenching than I have ever been in my life. This allows me to think about it and force myself to relax my jaw more often during the day when I am not wearing it.

So it's not a miracle cure but something that can help make you more

conscious of your bad habits and more able to make a conscious effort to stop, or at least reduce the occurance.

Also, the post on Omega 3's is good advice. In addition to reducing depression they also reduce inflammation so they can help lessen the jaw pain somewhat. This has nothing to do with teeth, Omega 3's are also good at promoting good cholesterol and reducing bad cholesterol...certainly not a cure-all, but lots of good benefits.

**Back to top**    ( profile ) ( pm )

**guest**
Guest
🗋 Posted: Wed Sep 06, 2006 12:04 pm    Post subject: Ripp-off    ( quote )

this product is a rip off. It is a gimmick and it should be sold on the home shopping network. Do not waste your time buying a $80-$100 dollar pice of plastic to put in your mouth.

**Back to top**

**guest**
Guest
🗋 Posted: Wed Sep 13, 2006 7:35 am    Post subject:    ( quote )

Obviously you have never had a teeth grinding or clenching problem. These are a relief for teeth clenching and grinding, they help tremendously. Have the problem first then comment on it. 😃

**Back to top**

**guest**
Guest
🗋 Posted: Tue Sep 19, 2006 8:39 am    Post subject:    ( quote )

Wow, I didn't realize you posessed psychic capabilities! I do have the problem of clenching & grinding, that is WHY I tried your rip off of a product. You are about as smart as the piece of plastic you sell. 😵

**Back to top**

**Another Guest**
Guest
🗋 Posted: Tue Sep 19, 2006 5:49 pm    Post subject: Potential customer    ( quote )

I am also looking into purchasing a night guard. My dentist recommended a custom made one for over $600 that would last me at least 12 years. I was taken aback by the price and he told me that if I could not afford the custom one, to get a cheaper one at the pharmacy. It may not last 12 years, but it would be better than nothing.

To the person who claims the product is a rip-off, there is a 30-day money back guarantee.

**Back to top**

**shokkou**
Guest
🗋 Posted: Thu Mar 01, 2007 7:51 am    Post subject: tried it, liked it, bit through it    ( quote )

Splintek Community :: View topic - Thinking about buying

Mine lasted 8 nights before i apparently chewed one of the plates from the disk. I was using the low-profile. I'm going to send it back under the 90 day guarantee because i'd been sleeping so much better with it.

My jaw felt better after one night of using it. During the day (at work where i normally get pretty tense) i tend to keep my mouth in the relaxed position and that's helping a great deal. LOVE the product. I hope i can find one that will last longer.

In the meantime, i'll check my local drug stores and see if the advance heavy duty model is available. That one might hold up better. 😊

**Back to top**

*quote*

**RachelM**
Community Moderator

🗋 Posted: Thu Mar 01, 2007 8:39 am    Post subject:

Joined: 25 Sep 2006
Posts: 26

I'm very happy that the Nightguard is working for you. The Advance Nightguard does have the more durable bitepads however it is available only through us. If you would like to try out the Advance Nightguard you can place your order through our website or simply by calling our customer service line. 😊

**Back to top**    *profile*  *pm*

Display posts from previous:  All Posts    Oldest First  ·  Go

 *newtopic*  *postreply*    **Splintek Community Forum Index -> Sleep Right**    All times are GMT - 6 Hours

**Page 1 of 1**

Jump to: Sleep Right  ·  Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

Splintek Community :: View topic - SleepRight is dangerous!!!                    Page 1 of 2

# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

? FAQ    Search    Memberlist    Usergroups    ✓ Register
Profile    Log in to check your private messages    Log in

# SleepRight is dangerous!!!

newtopic    postreply    **Splintek Community Forum Index -> Sleep Right**

View previous topic :: View next topic

| Author | Message |
|---|---|
| **Guest** | Posted: Fri Mar 09, 2007 10:22 pm    Post subject: SleepRight is dangerous!!!    quote |
| | ☹ I bought this product and it broke on the third night! I woke up to find it in three pieces in my mouth (2 of which were small!). Not only am I mad about wasting my money on this product, I can't understand why it is still on the market!!!! It doesn't say anywhere on the product/box,etc. that this is a choking hazard! I am surprised nobody has choked to death in their sleep. After researching this product, I have found that MANY people have the same complaint! Don't buy this product!!! |
| Back to top | |
| **James** Guest | Posted: Mon Mar 12, 2007 9:46 am    Post subject: Over one year of use    quote |
| | I have been using this product for over a year. I really like it. Maybe you received a faulty product. |
| Back to top | |
| **Dan** Guest | Posted: Wed Mar 21, 2007 8:10 pm    Post subject: Me too!    quote |
| | I had the same problem with the thing breaking in my mouth. I was able to get a good six months out of it, so I should feel lucky. Now I see the price has gone up about $30!!!! |
| Back to top | |
| **cmsma** Site Admin<br><br>Joined: 26 Aug 2004 Posts: 17 | Posted: Wed Apr 18, 2007 8:56 am    Post subject: Not dangerous    quote |
| | The Advance is the most durable guard available. It is made with a stronger matieral so it does cost a little more. But its worth it, it lasts longer and is more |

Splintek Community :: View topic - SleepRight is dangerous!!!

Location: Kansas City, MO    comfortable. Also, it depends on how you are using the product. You must subscribe to our philosophy 'lips together, teeth apart'..you must wear the product 30-45 minutes prior to laying down. If you don't, the product might not work properly. You can call us anytime and we can help you with this. Thanks!

**Back to top**    ( profile ) ( pm ) ( email ) ( msnm )

Display posts from previous:  All Posts   ·  Oldest First   ·  Go

( new topic )  ( post reply )   **Splintek Community Forum Index -> Sleep Right**    All times are GMT - 6 Hours

**Page 1 of 1**

Jump to:  Sleep Right    Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group

Splintek Community :: View topic - swollen cheeks



# Splintek Community

Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

FAQ    Search    Memberlist    Usergroups    Register
Profile    Log in to check your private messages    Log in

## swollen cheeks

newtopic    postreply    **Splintek Community Forum Index -> Sleep Right**

View previous topic :: View next topic

| Author | Message |
|---|---|
| **bromero**<br>Guest | Posted: Mon May 07, 2007 4:12 pm    Post subject: swollen cheeks    quote<br><br>I sometimes have my cheeks on the inside get very red and swollen , Could I be allergic to the material??? get |
| Back to top | |
| **cmsma**<br>Site Admin<br><br>Joined: 26 Aug 2004<br>Posts: 17<br>Location: Kansas City, MO<br>Back to top | Posted: Tue May 08, 2007 9:49 am    Post subject: Swollen cheeks    quote<br><br>Is the product too tight? Try adjusting to make it looser. Thanks.<br><br>profile    pm    email    msnm |

Display posts from previous: All Posts    Oldest First    Go

newtopic    postreply    **Splintek Community Forum Index -> Sleep Right**    All times are GMT - 6 Hours

**Page 1 of 1**

Jump to: Sleep Right    Go

You **can** post new topics in this forum
You **can** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group