# EXHIBIT 5



Splintek. designing health & comfort

call toll-free 1.888.792.0865

Sleep Right & Live Well

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

Philosophy | Instructions | Satisfied Customers

## Frequently Asked Questions
Please choose a question from the drop down menu below.

How does the SleepRight Night Guard work?

### How does the SleepRight Night Guard work?
The SleepRight Night Guard (SRNG) provides a cushion of space between your teeth that will protect them from the destructive forces generated by overactive chewing muscles. This aggressive muscle activity, called clenching and grinding, which in medical terms is called a neuromuscular disorder, can cause excessive tooth wear, chipping, fractures, loosening of the teeth or even TMJ problems. Spacing your teeth apart also decompresses the jaw joints (TMJ). This decompression is an unloading of the joints, much like wooden crutches allow you to take the weight off an injured knee or hip. This is called jaw splinting so the SRNG is much like a splint. Splints are appliances routinely used in the dental office as the first line of defense against chronic clenching and grinding. The adjustable and articulating bitepads that slip comfortably between your teeth are designed to re-establish your "natural" freeway space, which will protect your teeth from clenching and grinding day or night. We have thousands of customers who have stopped this neuromuscular disorder while wearing our SRNG. Your goal should be to eliminate the need for a night guard as soon as possible. It takes a little work, using your brainpower, but focusing on "lips together and teeth apart", while in your conscious state of mind, is absolutely necessary to initiate the muscle relaxation process. It is a learning process. Then and only then will you succeed in changing or controlling the neuromuscular disorder. So you see, the SRNG, which is economically priced, is like a training device that will provide you with the protection you need to keep your teeth healthy and cosmetically desirable, while you concentrate your efforts on breaking the bad habit of clenching and grinding. Muscles at ease will allow the teeth to "rest" on the bitepads. So don't bite down, although the natural urge to do so will test your concentration on the learning process of "lips together and teeth apart". Finding evidence of clenching and grinding on the bitepads, means your efforts to

concentrate on "lips together and teeth apart" must be raised to a higher level.

### How does the SleepRight Night Guard stay in my mouth?

The SleepRight Night Guard (SRNG) uses natural tissue retention between your lips, cheeks and tongue to be held in place. There are no clasps that attach or fasten to the teeth to hold the appliance in place. The heat sensitive memory strap is soft, smooth and flexible. The front section of the strap lies comfortably between your lower lip and gum. Softening this section in warm water will enhance its adaptation to your personal anatomy. Please remember, this is not a custom made device. An analogy would be the foot problems some people have that make it impossible for them to wear OTC shoes. Special orthopedic shoes must be constructed for them. The same is true for the hard and soft tissues of your mouth. We have made every effort in the design and manufacturing of the SRNG to produce a one size fits all product requiring no boiling, messy powder-liquid mixes or time off from work. It is the only user-friendly product available on the market with state of the art adjustable technology for immediate delivery to your front door. Many of our customers have no problem keeping it in, even from the first night, especially if after reading and following the simple instructions they wear it at least a ½ -1 hr. "before" going to sleep. However, it is common knowledge in orthodontic practices that many orthodontic patients find their removable intra-oral appliances on the bed when they awaken, especially during the first few nights. Everyone's learning curve is different because everyone is different physiologically. If is does come out at night, it usually means you are not clenching or grinding (C & G) on the bitepads, hence you are well on your way to stopping the C & G at night. That's a good thing! Those who fail to follow our simple but very effective philosophy, never learn to control the C & G, so the appliance is held firmly in place throughout the night. The SRNG protects their teeth and joints all right but they never get control of the real problem.

### How do I know which night guard is best for me?

The first thing you need to determine is whether you are going to wear the SleepRight Night Guard (SRNG) during the day or at night. The Low-Profile SleepRight is recommended for adults with sensitive gums or a small mouth. The SleepRight Select was designed from studying hundreds of models of patients in the dental office, therefore its design will fit most individuals and it is recommended for sleep. The SleepRight Select has larger, high profile wings on the sides to increase tissue retention during sleep. The SRNG state of the art adjustable technology is the only product available on the market that offers the end user multiple adjustments without cutting, boiling or messy mixes to customize the appliance to their personal anatomy. If after trying the SleepRight Select for sleep, you want to try the Low-Profile SleepRight, we will gladly exchange one for the other for you. All you have to do is send the original purchase to us for an even exchange.

### How does the SleepRight Night Guard differ from the dentist's guard?

First, there are many different designs for dental guards available from the dental professional. Our SleepRight Night Guard (SRNG) is considered a posterior type splint / appliance, similar to many other posterior splints made in the dental office, without the much higher cost, of course. We find this type of model is much more user friendly....you know....less bulky, easier to breathe and talk with and you can ever drink without removing it. The SRNG was developed and designed by a specialist in dentistry after carefully studying hundreds of patients and the models of their teeth and gums in the dental office. The SleepRight Select will fit most individuals but the Low-Profile SleepRight model was developed for daytime use and adults with a small mouth. Both have been modified and improved over time to include state of the art adjustable technology, found in no other product like it, at a reasonable cost for immediate delivery to the consumer. It comes with care and fitting instructions that includes pictures to make it very easy to follow. Once the instructions are read, it should take only a minute or two to fit the appliance. Additionally, you can have dental treatment or be in orthodontic treatment without having to buy a new appliance. Secondly, the SRNG uses natural

tissue retention between your lips, cheeks and tongue to be held in place. There are no clasps that attach or fasten to the teeth to hold the appliance in place. You don't need to bite down on it to hold it in place either. The SRNG is triple injection molded, to accommodate soft and hard tissues of the mouth. The bitepads, which slip comfortably between your teeth, are made of a hybrid plastic, which makes it very resilient and durable without being like hard acrylic or soft mouth guard material. The SRNG state of the art adjustable technology is the only product available on the market that offers the end user multiple adjustments without cutting, boiling or messy mixes to customize the appliance to their personal anatomy, and it can be delivered directly to your front door. Finally, night guards, in general, are made for the same reason; to protect your teeth and jaw joints. Really, any night guard will do, if that's all you want from a guard. However, one of the most important differences is the philosophy that we subscribe to and include with each SRNG we send out. It's a clinically proven way to help you learn "how" to control and even stop your clenching and grinding, especially if your clenching and grinding may be the source of your jaw problems. For a reasonable fee, you can change a bad habit into a good one and avoid the stressful wear and tear on your teeth, which is cosmetically undesirable, as well as protect your jaw.

## My young child grinds his/her teeth very badly. Will the SleepRight Night Guard work for them?

If your child is 12 years or older, then the response to your question is yes. However, we do not recommend this product for children under 12 years of age. The reason is simple. Our SleepRight Night Guard (SRNG) comes with the understanding that you or your child, while wearing the appliance, will make the commitment to eliminate or control the clenching and grinding habit. In medical and dental terms, this is called a **neuromuscular disorder**. We don't want anyone to be dependent on a night guard forever. You see...we have developed a philosophy, which has been clinically tried and tested that will help the astute user learn how to change a bad habit. It's a learning process we call the cycle of competence. **Awareness, accountability and behavior modification** are the three simple but very important phases to the learning process. This philosophy is included with each SRNG purchase and our technical staff is always here to assist you in your quest to eliminate this neuromuscular disorder. Our experience over the years has dictated the age limit for use of this product. Yes, we have had a number of children under 12 years of age that have done quite well, even as young as 6 years old, however, they have been the exception and note the rule. You may want to seek the advice of your dentist for your child's grinding problem if they are under the age of 12 years.

## Can I wear the SleepRight Night Guard both at night and during the day?

The response to your question is yes, however, you must adhere to the recommendations printed on the package and with the instructions ..."**not recommended to be worn for more than 12 hours continuously in any 24 hour period**". You cannot eat while wearing the SleepRight Night Guard (SRNG) so it is unlikely you would be able to wear it all day long. Statistics show most people, on average, sleep approximately 6 – 8 hours each night so they would easily fall under the 12 hour limit. Each time you remove and replace your SRNG, you go through a small adjustment period. We believe this is a very important step in the first phase of the learning process necessary to eliminate the clenching and grinding habit... "**awareness**", which is part of our philosophy. We don't want anyone to be dependent on a night guard forever. You see...we have developed a philosophy, which has been clinically tried and tested that will help the astute user learn how to change a bad habit. It's a learning process we call the cycle of competence. **Awareness, accountability and behavior modification** are the three simple but very important phases to the learning process. This philosophy is included with each SRNG purchase and our technical staff is always here to assist you in your quest to eliminate the clenching and grinding habit. In medical and dental terms, this is called a **neuromuscular disorder**.

## How long does the SleepRight Night Guard last?

That's a very good question but one that is very difficult to answer. First let me lay a little foundation for our response to your question. Enamel, which is the outer coating on your teeth, and diamonds are two of the hardest known substances that occur natural in nature. If you have a problem clenching and grinding your teeth, which is called a **neuromuscular disorder** in medical and dental terms, then you will likely see excessive wearing of the tooth enamel, chipping, fractures and maybe even loosening of the teeth. Experience in dentistry has shown us that there is absolutely nothing we can manufacture that cannot be destroyed in the mouth. Individuals who are chronic bruxers (clenchers and grinders) have worn down everything from the composite and amalgam filling material being used today to complete coverage caps such as gold or porcelain crowns. In general, night guards are made of hard acrylic plastic or very soft mouth guard materials. Our SleepRight Night Guard (SRNG) is triple injection molded, to accommodate soft and hard tissues of the mouth. The bitepads, which slip comfortably between your teeth, are made of a hybrid plastic, which makes it very resilient and durable without being like hard acrylic or soft mouth guard material. The resiliency is the key, because it resists the excessive muscle activity by pushing the teeth apart. This will fatigue the muscles quickly and it is quite normal to have muscle soreness. This is called a neuromuscular event which triggers a cerebral response, which is your brain telling you that muscles are sore therefore stop the activity. In a perfect world, all it would take is one time for a person to quickly learn that they must keep their "lips together and teeth apart" to initiate the muscle relaxation process. If the teeth don't touch the muscles are not active, hence you have control over the muscle activity. Don't be fooled, the teeth have little to do with this neuromuscular disorder….it's the "muscles", they are at the root of the problem. Well then, the next question is, how long will it take for a person to learn how to control the muscles. This learning process we call the cycle of competence has three simple but very effective phases, **awareness, accountability and behavior modification**. This philosophy is included with each SRNG purchase and our technical staff is always here to assist you in your quest to eliminate this neuromuscular disorder. So it really depends on how quick you learn to keep your "lips together and teeth apart" consistently. We know everyone's learning curve is different because everyone is different physiologically. For those who learn quickly, the SRNG can last indefinitely. For those who take longer, it's a battle between the manmade materials and the 250 lbs per square inch bite forces that can potentially destroy those materials. Your commitment to our philosophy will certainly extend the life of our manmade materials. Just think how long you can extend the life and health of all your teeth as well as your jaw joints if you can control the muscle activity. We are not dodging your question; we just cannot give you a clear and precise answer. It's like trying to answer, how long will this pair of shoes last or how long will my tires last on my car. It is very different for everyone. One great thing about our product is the 90-day warranty.

## How long do I need to wear the SleepRight Night Guard?

These are very good questions. First, if you have eliminated the symptoms of your nocturnal clenching and grinding (C&G) that were there **before** you started using our SleepRight Night Guard, (SRNG) then you have been successful in learning the cycle of competence, i.e., converting a bad habit into a good one through behavior modification. It means you can stop using the SRNG because you have started using your brainpower to control or eliminate this unwanted neuromuscular disorder. Your focus on "lips together and teeth apart" (LTTA) have been intense enough to eliminate the nocturnal symptoms from C & G so your sleep habits are dramatically improved and you can now sleep normally. If you awaken with sore teeth and/or muscles, sore jaw joints or even headaches, then you must raise your concentration on LTTA, in your conscious state of mind, to a much higher level. This is not something you can do while sleeping, when in the subconscious state of mind. Yes the SRNG will protect your teeth and joints while sleeping, but until you have controlled your overactive muscle activity, through behavior modification, you will be inclined to continue wearing the night guard. We want you to eliminate the need for a night guard as soon as possible. One little fact that we hear often from customers is that initially they kept the night guard in all night but now they find it on the bed when they awaken. This usually means there is little C & G during their sleep cycle and if they are not biting down on the bitepads the muscles must

be relaxed therefore the teeth are apart, so the night guard may come out at night. We consider this the first signs that you are well on your way to eliminate nocturnal over active muscle activity.

That brings us to the second question. The average time is different for everyone because everyone is different physiologically. It depends on your learning curve and how fast you have made the transition from C & G to "LTTA". We have testimonials from hundreds of customers who were successful in controlling the nocturnal C & G in just a few weeks while others went through a few night guards before their learning process was complete and effective. The more you use the SRNG "before" going to bed the more time you will have to use your brainpower to concentrate on LTTA. If I were going to make an educated guess to predict the average time someone uses the night guard, I would have to say approximately 4 to 12 weeks.

## Why can't I wear the SleepRight Night Guard for more than 12 hours in a 24 hour period?

You cannot eat while wearing the SleepRight Night Guard (SRNG) so it is unlikely you would be able to wear it all day long. Statistics show most people, on average, sleep approximately 6 – 8 hours each night so they would easily fall under the 12-hour limit. Please remember, this is not a custom made device. The SRNG uses natural tissue retention between your lips, cheeks and tongue to be held in place. There are no clasps that attach or fasten to the teeth to hold the appliance in place. We don't want you to become so used to it that you forget your primary goal to concentrate on "lips together and teeth apart". We also want you to have a rest break from having anything in your mouth. Each time you remove and replace your SRNG, you go through a small adjustment period, as it is re-introduced into your mouth. Each new experience adjusting to your appliance is a very important step in the first phase of the learning process necessary to eliminate the clenching and grinding habit…**"awareness"**, which is part of our philosophy. This break in the wearing cycle gives you an opportunity to evaluate your progress in the learning process to keep your "lips together and teeth apart". We don't want anyone to be dependent on a night guard forever. You see…we have developed a philosophy, which has been clinically tried and tested that will help the astute user learn how to change a bad habit. It's a learning process we call the cycle of competence. **Awareness, accountability and behavior modification** are the three simple but very important phases to this learning process. This philosophy is included with each SRNG purchase and our technical staff is always here to assist you in your quest to eliminate the clenching and grinding habit. In medical and dental terms, this is called a **neuromuscular disorder**.

## My jaw feel like it is trying to realign itself for a while after I take the SleepRight Night Guard out. Is this normal?

The direct response to your question is yes, it is normal. Let me explain. Generally, habitual clenching and grinding (C & G) from excessive muscle activity, referred to in medical and dental terms as a neuromuscular disorder, not only causes damage to the teeth, but also compresses the jaw joints. This joint compression, over time, may cause the jaw to shift to a more posterior position as the inclines of the outer surfaces of the lower front teeth rub against the inner inclines of the upper front teeth forcing the jaw backward. If the muscle activity is aggressive enough, you can wear down your back teeth further compressing the joint capsule. This is such a common problem that nearly 70 – 75% of our population is effected by this neuromuscular disorder. It can cause deterioration of the components and joint spaces in the jaw joint capsule. When you are wearing the SleepRight Night Guard (SRNG), the joints are **decompressed** and if you have modified your behavior to control the muscle activity, the lower jaw will relax to a more physiologically healthy position with a small shift forward. This is the realignment you are referring to. You wouldn't need an intra oral appliance if everything were ideal. When this happens, your front teeth may be the only teeth that touch as you attempt to slowly close down. This reflects a small soft tissue change that rebounds or returns the lower to it's former position as you talk and eat. If you have not successfully developed a good habit of "lips together and teeth apart" (LTTA), your habitual C &

G will again take over. As you wean yourself off the night guard, your self-taught protective mechanism is " LTTA", a habit that is now in your subconscious that no longer needs your conscious supervision or attendance. Your teeth and jaw joints are much healthier and your teeth do not suffer cosmetic damage from the constant C & G.

## I have been wearing the SleepRight for one week and my jaw feels more painful than before. Is this normal?

In response to your question, it is quite normal to experience jaw muscle fatigue and soreness initially, as explained in the instructions. This discomfort can even radiate to your TMJ. The natural tendency to bite down does not go away immediately. The habitual clenching and grinding cycle is now interrupted and challenged by the resilient hybrid bitepads of the SleepRight Night Guard (SRNG). The adjustable and articulating bitepads that slip comfortably between your teeth are designed to re-establish the "natural" freeway space that will protect your teeth from clenching and grinding day or night. To re-establish this healthier anatomical position means stretching the muscle fibers and decompressing the components of the TMJ capsule. This definitely can produce soreness even though it is a healing mechanism. It's like having rotator cuff surgery on your shoulder. The rehab is very painful but a necessary process to regain full range of motion of your shoulder joint. This soreness is also related to your learning curve. The quicker you learn to keep your "lips together and teeth apart", the sooner the muscles become relaxed and at ease which usually means you are well on your way to the healing process. We have thousands of customers who have stopped this neuromuscular disorder while wearing our SRNG. It takes a little work using your brainpower, but focusing on "lips together and teeth apart", while in your conscious state of mind, is absolutely necessary to initiate the muscle relaxation process. It is a learning process. Then and only then will you succeed in changing or controlling the clenching and grinding neuromuscular disorder. So you see, the SRNG, is like a training device that will provide you with the protection you need to keep your teeth healthy and cosmetically desirable, while you concentrate your efforts on breaking the bad habit of clenching and grinding. Muscles at ease will allow the teeth to "rest" on the bitepads. So don't bite down, although the natural urge to do so will test your concentration on the learning process of "lips together and teeth apart". Any signs that the SRNG bitepads are not free of indentations or clean and pristine in texture, after wearing it, are indications that you must raise your level of concentration on "lips together and teeth apart" to a much higher level. You may want to review the instructions again for more information.

## Will the SleepRight Night Guard help with my sleep apnea? Will it help to move my jaw forward?

The SRNG was designed by a specialist in dentistry to protect teeth and jaw joints from the neuromuscular disorder commonly referred to as clenching and grinding (C & G) teeth. Many individuals suffering from this destructive disorder, also suffer from snoring and sleep apnea. Although there are special appliances that can be made through your health care professional that are specifically designed to open the bite and pull the jaw forward, we have had a number of customers who have appreciated the reduction in snoring and sleep apnea when wearing our SleepRight Night Guard (SRNG). It really depends on whether you clench and grind (C & G) your teeth during sleep. A neuromuscular disorder that affects nearly 80% of the population. This over active muscle activity forces the lower jaw closed and usually backward. When sleeping on your back, gravity will exacerbate this backward movement of the jaw. This posterior repositioning of the lower jaw forces the tongue into the back of the throat, which dramatically reduces or totally closes off the airway. With a significant reduction in airway space, the posterior pharyngeal wall vibrates against the tongue causing a rattling sound in the back of the throat. The sound produced by this vibration is called snoring. If the airway is blocked completely, the individual may experience several episodes of sudden gasping for air to breathe, which severely interrupts the sleep cycle. Sleep deprivation can lead to difficulty staying awake during the day. The SRNG, by design, re-establishes your natural freeway space between your teeth. This is the space that should exist between your teeth

while you are in repose, quite and at ease. We call this "lips together and teeth apart". For an individual who is a chronic C & G, opening the bite will usually result in the lower jaw posturing slightly downward and forward naturally, which also brings the tongue forward. This forward posture of the lower jaw and tongue opens the airway in the back of the throat, thereby reducing or eliminating the snoring. Breathing is much easier, especially if you change your sleep position from your back to your side, so restful sleep is possible without the constant awakening to gasp for air. All this translates into restful sleep, hence much easier to remain alert and awake during the day. Results may vary for each individual. The 30-day money back guarantee offers you the opportunity to give it a try. Remember, nearly 80% of the population have some form of a C & G disorder so that is an issue which should be addressed as well as snoring or sleep apnea. Splintek has also developed an anatomical, orthopedically designed, visco-elastic memory foam pillow called the SleepRight Side Sleeping Pillow. It's an integral part of the SleepRight system that many of our customers are using for snoring and sleep apnea too. The SleepRight System comes in a special discount package.

## My jaw pops and sometimes locks, will the SleepRight Night Guard help eliminate that?

There are many degrees of popping and clicking in the jaw joints. A popping sound or slight vibration felt in the lower jaw, which occurs almost immediately when slowly opening the jaw is considered the one with the best chance for healing and eliminating. The SleepRight Night Guard (SRNG) was designed by a specialist in dentistry to protect teeth and jaw joints from the neuromuscular disorder commonly referred to as clenching and grinding (C & G) teeth. The SRNG has adjustable and articulating bitepads that slip comfortably between your teeth and are designed to re-establish the "natural" freeway space that will protect your teeth from C & G day or night. Spacing your teeth apart also decompresses the jaw joints. This decompression is an unloading of the joints, much like wooden crutches allow you to take the weight off an injured knee or hip. This is called jaw splinting. Splints are appliances routinely used in the dental office as the first line of defense against chronic C & G's. It is possible to allow the injured components of the joint capsule to heal when the jaw is unloaded using the SRNG, especially with an early click in the joint. Ultimately, the popping or clicking sound may be eliminated. Results vary for each individual. Although some success has been achieved using splints, much like the SRNG to eliminate jaw popping, the chances of resolving the clicking and popping decreases dramatically when the sounds occur much later during jaw opening. Whether the popping is eliminated or not, unloading the joint capsule is a non-surgical way to promote healing in the joint. Unfortunately, if your jaw sometimes locks, it usually means the internal derangement in the joint capsule may have progressed beyond the popping or clicking stages and therefore may not have the ability to repair itself even with a splint. The SRNG can provide protection for your teeth and joints, which will protect them from future damage. We have developed a philosophy, which has been clinically tried and tested that will help the astute user learn how to control the muscle activity that may have caused the problem in the first place. It's a learning process we call the cycle of competence. Awareness, accountability and behavior modification are the three simple but very important phases to the learning process. This philosophy is included with each SRNG purchase and our technical staff is always here to assist you in your quest to eliminate this neuromuscular disorder. Improving your bite through orthodontics may not eliminate the joint popping, but it can certainly improve the environment in which the jaw and joints function. You may want to pursue an orthodontic consultation. Surgical procedures are usually considered a last resort effort to resolve the internal derangement of the joints.

## Can I wear the SleepRight Night Guard with braces? Which guard would be best for me?

The SleepRight Night Guard (SRNG) was designed by a specialist in dentistry to protect teeth and jaw joints from the neuromuscular disorder commonly referred to as clenching and grinding teeth. The doctor's specialty is orthodontics. Many orthodontists have used our products in their offices. The SRNG is also used for many other applications in orthodontics depending on what the patients' needs are. If for example, you are diagnosed with an open bite, i.e. your front teeth are apart and

do not touch when your back teeth are touching, the SRNG might be used to help strengthen your chewing muscles during treatment, because you are encouraged to bite down on the bitepads, especially during the day. Conversely, if you have a deep bite, where the front teeth severely overlap, many times seen as a result of over active chewing muscle activity, then you would be encouraged to concentrate on 'lips together and teeth apart", just the opposite of an open bite case. These are just two examples of how the SRNG is used in orthodontics. In response to your question, yes you can wear the SRNG while wearing braces. Many adults seem to prefer the standard model, because of the higher profile wings on the sides, which help to protect the cheeks from the irritation of the arch wires and brackets, especially while sleeping. The Low-Profile SRNG was designed for adults with sensitive gums, a small mouth, or for daytime use. Obviously, one of your treatment objectives would be to improve your bite while straightening your teeth, especially if you have a neuromuscular habit of clenching and grinding. We have developed a philosophy, which has been clinically tried and tested that will help the astute user learn how to change a bad habit. It's a learning process we call the cycle of competence. **Awareness, accountability** and **behavior modification** are the three simple but very important phases to the learning process. This philosophy is included with each SRNG purchase and our technical staff is always here to assist you in your quest to eliminate this neuromuscular disorder. The SRNG, by design, allows your orthodontic treatment to continue uninterrupted. Splintek will be happy to exchange your standard SRNG for the Low-Profile model if necessary.

**Will the SleepRight help my tongue thrusting habit?**

NO. However, indirectly…maybe. Let me explain. The SleepRight Night Guard (SRNG) has been used many times on patients in the dental or orthodontic office as an adjunct to other treatment modalities for closing an open bite (when the front teeth do not touch while the back teeth are touching). The causes of the open bite can be multifactorial. One obvious cause is a tongue thrusting habit. The tongue, which is the most versatile muscle in the body, has been measured to produce up to 6-8 lbs. of intra oral pressure. Teeth are generally moved in orthodontics using ounces of force. Hence, the tongue can literally push the front teeth apart, which in dental terms, is referred to as an open bite. If the open bite is not considered to be a skeletal discrepancy, then there is a chance the bite can be closed with an intra oral appliance, used in conjunction with braces. The SRNG is such an appliance that when used with braces can help to close the open bite. It is difficult, but with constant pressure over time, it can be done. Results will vary for each individual. I might add, unless the tongue thrusting habit is resolved, the results will likely be unstable and the open bite will return. Of course, the tongue must have a normal form in which to function. A consultation with an orthodontist will help you learn more about that. I don't know if you have an open bite or not, but unless you retrain the tongue muscle to assume a normal resting posture and function properly during swallowing, you may have little chance of stopping the thrusting habit. We work with many doctors and I know many of them recommend their patients to a speech pathologist and/or a myofunctional therapist for evaluation of a tongue thrusting habit. I'm sorry that I cannot help you further, but I can't advise you that our product would directly help your tongue thrusting habit.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved

SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.