# EXHIBIT 6

Case 7:07-cv-03305-KMK-LMS   Document 9-7   Filed 05/23/2007   Page 1 of 3

# Splintek. designing health & comfort

call toll-free **1.888.792.0865**



*Sleep Right & Live Well*

| Home | **Products** | Customer Posts | Store Locations | Contact Us | View Cart |

| *New!* SleepRight Adjustable Night Guard **Advance** | SleepRight Adjustable Night Guard **Select** | SleepRight Adjustable Night Guard **Low-Profile** | SleepRight **Side Sleeping Pillow** | *ErgoPic* |
|---|---|---|---|---|
|  | | | | |
| New & improved to be more durable, comfortable, and stable. > more information | Original design that fits most individuals and recommended for sleep. > more information | Recommended for sensitive gums and/or a small mouth. > more information | Uniquely designed memory foam pillow for side sleepers. > more information | Ergonomically designed dental pics. > more information |
| Select Flavor  Buy Now | Select Flavor  Buy Now | Select Flavor  Buy Now | Select Size  Buy Now | $6.95 |
| *Only available here!* $99.95 ($89.95 for 2 or more) | $69.95 ($59.95 for 2 or more) | $69.95 ($59.95 for 2 or more) | $69.95 - 16" Length  $99.95 - 24" Length | Please call to order. 1.888.792.0865 |
| Available in a natural mint flavor | Available in natural mint flavor or cinnamon flavor | Available in natural mint flavor or cinnamon flavor | 5-Year Warranty  All sales final on pillow | Includes 50 reusable dental pics and one carrying case. |



| 30-day - money back gurantee | 30-day - money back gurantee | 30-day - money back gurantee | Includes one memory foam pillow and one washable, hypo-allergenic, cotton velour cover. |
| --- | --- | --- | --- |
| 90-day - replacement warranty | 90-day - replacement warranty | 90-day - replacement warranty | |
| Includes one night guard, one carrying case, and fitting instructions. | Includes one night guard, one carrying case, and fitting instructions. | Includes one night guard, one carrying case, and fitting instructions. | |

**SleepRight System!** Purchase a 16" pillow for $30, or a 24" pillow for $50, or a 24" x 5" pillow for $60 when you purchase it with a SleepRight Adjustable Night Guard! Must place your order over the phone to receive this discount. 1.888.792.0865

Orders placed after 12pm CST will be shipped out within 5-7 business days.
Orders placed after 12pm CST on a Friday, Saturday, or Sunday will be shipped out the following Monday, despite the chosen shipping method.

**SleepRight Adjustable Night Guard**
The SleepRight Adjustable Night Guard is not recommended without a prescription for people with disorders of the temporomandibular joint (TMJ or TMD). TMJ problems can only be diagnosed by a dentist or health professional. SleepRight Adjustable Night Guard RX is available by prescription for different intended uses that can only be diagnosed by a health professional.
**Indications:** SleepRight Adjustable Night Guard protects teeth and dental work from clenching and grinding.
**Caution:** Do not use if you are under 18 years of age; have TMJ; have teeth or jaw pain; or if the night guard is broken or damaged. Do not use the product as an athletic mouth guard. Do not use the product for more than 12 hours in a 24 hour period or for more than three months without consulting your dentist. Ask a dentist before use if you have loose fillings, loose caps, or unfilled cavities; jaw clicking or pain, teeth pain, face pain; difficulty chewing; mouth sores; gum disease or bleeding gums; or serious respiratory problems. While using the product, see your dentist at least every six months. Stop use and see a dentist if you experience pain or other irregularity; the product easily falls out of your mouth or causes you to gag; you develop bleeding gums, soreness, or other reaction inside your mouth; or you develop loose teeth or a change in your bite.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved

SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.