# EXHIBIT 7




## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat May 12 04:19:21 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **SPLINTEK** |
| **Goods and Services** | IC 010. US 026 039 044. G & S: dental mouth guards for medical purposes. FIRST USE: 19971100. FIRST USE IN COMMERCE: 19971100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75548788 |
| **Filing Date** | September 4, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 3, 1999 |
| **Registration Number** | 2288963 |
| **Registration Date** | October 26, 1999 |
| **Owner** | (REGISTRANT) Power Products, Inc. CORPORATION MISSOURI 3325 Wyoming Kansas City MISSOURI 64111 |
| **Attorney of Record** | MARK E BROWN |

| | |
|---|---|
| **Prior Registrations** | 2211789 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

MARK: SPLINTEK

INT. CLASS: 10 and 28

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Power Products, Inc., a Missouri corporation, is located at 16A Westwoods Drive, Liberty, Missouri 64068 and has a principal place of business at 16A Westwoods Drive, Liberty, Missouri 64068.

The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for dental mouth guards for medical purposes in International Class 10 and athletic equipment, namely a sports mouthpiece for aligning the jaw in International Class 28, and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used on the goods November 1997 was first used on the goods in Interstate Commerce which may lawfully be regulated by Congress November 1997 and is now in use in such commerce.

The mark is used by printing on inserts packaged with the goods, and three specimens showing the mark as actually used are presented herewith.

Thomas W. Brown, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration

75548788



1/3 490-361

resulting therefrom, declares: that he is President of applicant corporation and is authorized to execute this declaration on behalf of said corporation; that he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that the facts set forth in this application are true; and that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true.

POWER OF ATTORNEY

Applicant hereby appoints Malcolm A. Litman, Reg. No. 19,579; Gerald M. Kraai, Reg. No. 34,854; John C. McMahon, Reg. No. 29,415; Mark E. Brown, Reg. No. 30,361; Kent R. Erickson, Reg. No. 36,793 and Michael Elbein, all members of the bar of the State of Missouri, whose postal address is Litman, McMahon & Brown, L.L.C., 1200 Main Street, Suite 1600, Kansas City, Missouri 64105, telephone (816) 842-1590, as its attorneys, with full power of substitution, to prosecute this application to register, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent and Trademark Office connected therewith, in its behalf.

Signed on this 31st day of August, 1998.

Power Products, Inc.

By [signature]

Thomas W. Brown
President

\lmb\meb\tmappl\tmcppi.323










## CARE AND FITTING INSTRUCTIONS

1. Use mouthwash or antibacterial soap with warm water for initial cleaning and lubrication of the EZ-splintPM adjustable feature. Rinse with warm water and avoid extreme temperatures.
2. Your EZ-splintPM has been preadjusted to fit most individuals. Try your EZ-splintPM and use a mirror to check the bitepad position (FIG.1,2).
3. The front edge of the bitepads should rest between the upper third tooth (cuspid) and fourth tooth (premolar) from the front midline providing solid posterior support (FIG.2,3).
4. The pinch and slide feature makes adjustments easy. Simply hold the bitepad firmly between your first finger and thumb, while GENTLY PUSHING the bitepad and strap together as shown. Never pull the bitepad against the strap always push the bitepad into the desired slot position. (FIG.4).
5. Rinse with warm water or mouthwash after each use. For thorough cleaning, use toothbrush and toothpaste. Always store EZ-splintPM as it was shipped, in the case around the foam tray.

## ADJUSTMENT PERIOD

- To become accustomed to the new feeling of your EZ-splintPM, begin wearing 1 hour before sleep.
- Your goal is to concentrate on lips together and teeth apart. You must become a participant in starting and managing the jaw muscle relaxation process.
- The "grind zone" was coined to explain how jaw muscles fall into regular and easily accessible clenching activity due to habit, stress relief, anatomy, etc.
- Your brain will immediately become aware of the EZ-splintPM bitepads between your teeth. The jaw muscles will react naturally by contracting to start a clenching or grinding cycle searching for a grind zone. This is normal.
- It is natural to experience jaw muscle fatigue, soreness, pain or even headache symptoms when uncontrolled jaw muscle activity builds tension in the grind zone. For bruxers a neuromuscular response is needed to break the clenching cycle and bring the jaw muscles out of their grind zone. When used consistently the EZ-splintPM resilient yet firm bitepads provide the necessary break in the muscle clenching cycle to disrupt the grind zone.
- Part of managing the jaw muscle relaxation process is fighting the natural urge to clench.
- Patients suffering from TMJ discomfort may experience immediate relief due to the instant unloading and protection of the joint.
- EZ-splintPM requires no boiling or mix and easily accommodates dental work and braces.
- Do not use over 12hrs continuously, or by children under 6yrs of age unless directed by a doctor.

©1996 All rights reserved. EZ-splint and Insta-splint are registered trademarks of Splintek

Splintek™ Liberty, Mo. 64068 for technical support (816)792-0TMJ

75548788



09-04-1998
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #54




Power Products, Inc.
16A Westwoods Drive, Liberty, Missouri 64068

Used for dental mouth guards for medical purposes in International Class 10 and athletic equipment, namely a sports mouthpiece for aligning the jaw in International Class 28 in International Class 10 and 28

Date of first use November 1997.

Date of first use in Interstate Commerce November 1997.




SPLINTEK

TRADEMARK
75548788

PUBLISHED
8/03/99

**Int. Cl.: 10**

**Prior U.S. Cls.: 26, 39 and 44**

**Reg. No. 2,288,963**

**United States Patent and Trademark Office** **Registered Oct. 26, 1999**

**TRADEMARK**
**PRINCIPAL REGISTER**

**SPLINTEK**

POWER PRODUCTS, INC. (MISSOURI CORPORATION)
16A WESTWOODS DRIVE
LIBERTY, MO 64068

FOR: DENTAL MOUTH GUARDS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

OWNER OF U.S. REG. NO. 2,211,789.

SER. NO. 75-548,788, FILED 9-4-1998.

ANNA ERENBURG, EXAMINING ATTORNEY