# EXHIBIT B



**EXHIBIT B**

