# EXHIBIT D



AVO:
If you grind your teeth at night,



it's like doing this with a 200 pound weight.



No wonder it could lead to discomfort or more serious damage, including fracture, even tooth loss.



The Doctor's Night Guard



is the only soft protector that easily molds to your teeth



to absorb



the damaging effects.



Now without a prescription in the dental aisle.



Call the number on your screen for more on how to keep your smile beautiful



Protect your teeth from the nightly grind



with The Doctor's Night Guard