# EXHIBIT F

| TOTAL U.S. - FD / DG / MM | | | | | |
|---|---|---|---|---|---|
| Unit Sales | | | | | |
| | IRI data DOCTORS NIGHTGUARD | Walmart Retail Link Doctors NightGuard | | | |
| 1 Week Ending Mar 19, 2006 | 9,077 | 4,013 | | | |
| 1 Week Ending Mar 26, 2006 | 9,946 | 3,889 | | | |
| 1 Week Ending Apr 2, 2006 | 8,748 | 3,698 | | | |
| 1 Week Ending Apr 9, 2006 | 11,106 | 3,597 | | | |
| 1 Week Ending Apr 16, 2006 | 8,408 | 3,524 | | | |
| 1 Week Ending Apr 23, 2006 | 8,169 | 3,135 | | | |
| 1 Week Ending Apr 30, 2006 | 8,252 | 3,266 | | | |
| 1 Week Ending May 7, 2006 | 8,473 | 3,732 | | | |
| 1 Week Ending May 14, 2006 | 8,305 | 3,589 | | | |
| 1 Week Ending May 21, 2006 | 8,475 | 3,688 | | | |
| 1 Week Ending May 28, 2006 | 8,094 | 3,572 | | | |
| 1 Week Ending Jun 4, 2006 | 7,461 | 3,400 | | | |
| 1 Week Ending Jun 11, 2006 | 7,971 | 3,455 | | | |
| 1 Week Ending Jun 18, 2006 | 8,271 | 3,542 | | | |
| 1 Week Ending Jun 25, 2006 | 8,106 | 3,594 | | | |
| 1 Week Ending Jul 2, 2006 | 8,293 | 3,692 | | | |
| 1 Week Ending Jul 9, 2006 | 7,524 | 3,570 | | | |
| 1 Week Ending Jul 16, 2006 | 8,476 | 3,659 | | | |
| 1 Week Ending Jul 23, 2006 | 8,491 | 3,591 | | | |
| 1 Week Ending Jul 30, 2006 | 8,325 | 3,542 | | | |
| 1 Week Ending Aug 6, 2006 | 8,884 | 3,803 | | | |
| 1 Week Ending Aug 13, 2006 | 8,671 | 3,747 | | | |
| 1 Week Ending Aug 20, 2006 | 9,077 | 4,004 | | | |
| 1 Week Ending Aug 27, 2006 | 9,288 | 4,052 | | | Pre Ad Campaign Monthly Avg |
| 1 Week Ending Sep 3, 2006 | 9,699 | 3,909 | | | |
| 1 Week Ending Sep 10, 2006 | 10,082 | 4,292 | | | |
| **26 weeks pre advertising** | **225,672** | **95,555** | **321,227** | Divided by 6 = | **53,538** |
| | | | | | |
| 1 Week Ending Sep 17, 2006 | 12,879 | 5,969 | | | |
| 1 Week Ending Sep 24, 2006 | 12,920 | 6,379 | | | |
| 1 Week Ending Oct 1, 2006 | 13,842 | 6,470 | | | |
| 1 Week Ending Oct 8, 2006 | 14,517 | 7,233 | | | |
| 1 Week Ending Oct 15, 2006 | 14,308 | 6,642 | | | |
| 1 Week Ending Oct 22, 2006 | 14,147 | 6,564 | | | |
| 1 Week Ending Oct 29, 2006 | 14,039 | 6,076 | | | |
| 1 Week Ending Nov 5, 2006 | 16,340 | 6,881 | | | |
| 1 Week Ending Nov 12, 2006 | 14,804 | 6,538 | | | |
| 1 Week Ending Nov 19, 2006 | 13,146 | 5,395 | | | |
| 1 Week Ending Nov 26, 2006 | 12,095 | 5,081 | | | |
| 1 Week Ending Dec 3, 2006 | 14,776 | 6,048 | | | |
| 1 Week Ending Dec 10, 2006 | 13,920 | 5,998 | | | |
| 1 Week Ending Dec 17, 2006 | 12,289 | 4,699 | | | |
| 1 Week Ending Dec 24, 2006 | 14,850 | 5,616 | | | |
| 1 Week Ending Dec 31, 2006 | 13,686 | 5,362 | | | |
| 1 Week Ending Jan 7, 2007 | 16,070 | 6,570 | | | |
| 1 Week Ending Jan 14, 2007 | 15,270 | 6,185 | | | |
| 1 Week Ending Jan 21, 2007 | 14,856 | 5,517 | | | |
| 1 Week Ending Jan 28, 2007 | 15,434 | 6,857 | | | |
| 1 Week Ending Feb 4, 2007 | 16,565 | 7,554 | | | |
| 1 Week Ending Feb 11, 2007 | 15,795 | 6,747 | | | |
| 1 Week Ending Feb 18, 2007 | 14,426 | 6,172 | | | |
| 1 Week Ending Feb 25, 2007 | 15,122 | 6,561 | | | Post Ad Campaign Monthly Avg |
| 1 Week Ending Mar 4, 2007 | 15,436 | 5,483 | | | |
| 1 Week Ending Mar 11, 2007 | 16,757 | 6,637 | | | |
| **26 weeks post advertising and pre competition** | **378,288** | **161,234** | **539,522** | Divided by 6 = | **89,920** |