# EXHIBIT G



