# EXHIBIT H

Case 7:07-cv-03305-KMK-LMS     Document 10-9     Filed 05/23/2007     Page 1 of 3

## Care and Fitting Instructions

1. Use water for initial cleaning and lubrication before trying to adjust. Warm water will activate the thermal forming properties of the SleepRight strap. **Avoid extreme temperatures and direct sunlight.** DO NOT BOIL!



2. Your SleepRight has been pre-adjusted to fit most individuals. Use a mirror to check how the pre-adjusted position fits your mouth before further adjustment.

3. The front edge of the bitepads should rest between the upper third tooth (cuspid) and fourth tooth (premolar) from the front midline.



4. The thermal SleepRight strap should rest between your lower lip and gum.



front     side

5. Your SleepRight has 4 notches on either side that allow you to adjust the bitepads forward and backward creating multiple sizes.



6. Adjustments can easily be made by holding the bitepad firmly with one hand, while gently pushing the strap towards the bitepad with the other as shown. Never pull the bitepad against the strap.





Adjust backward for large

Adjust forward for small



Do not pull strap

7. Rinse with cool water or mouthwash after each use and clean monthly using a tooth-brush and toothpaste. Dry thoroughly and store in provided case. If yellowing occurs, consider a new SleepRight.

## Adjustment Period

- For best results, begin wearing 1/2 hour before sleep.
- Concentrate on "lips together and teeth apart" to initiate jaw muscle relaxation.
- It is natural to experience jaw muscle fatigue and soreness initially. This is normal due to the natural tendency to clench your teeth together. Clenching may even cause minor headaches.
- The resilience of the bitepads, used consistently, can retrain the jaw muscles not to clench. This can relieve head, neck and shoulder tension, and save tooth enamel.
- The energy used clenching can be saved and may allow more restful sleep. Stress and tension free sleep can enhance daytime performance.

## How does the SleepRight Adjustable Night Guard work?

Clenching and grinding teeth has been classified as a **neuromuscular disorder**. Overactive muscles can cause chipping, fractures, excessive wear and loosening of the teeth. The SleepRight's articulating bitepads, made of a hybrid resilient material, slip comfortably between your teeth and are designed to re-establish your natural freeway space. They interrupt the clenching cycle so the jaw muscles can relax. We strongly encourage our customers to concentrate on, "lips together, teeth apart" to initiate the muscle relaxation process. Your goal is to relax jaw muscles & don't bite down!



Compressed — Teeth grinding    Protected — Bitepad keeps teeth apart

## SleepRight Designs



**Select** - *original design*  
Available in *natural mint flavor* & *cinnamon flavor*

**Select Low-Profile** - *for petite & sensitive gums*

**Advance** - *more durable, comfortable, & stable*  
Available in *natural mint flavor*

**INDICATIONS:** SleepRight Adjustable Night Guard protects teeth and dental work from clenching and grinding.
**CAUTIONS:** For all TMJ concerns, please consult your health care provider who may prescribe a SleepRight Rx. Do not use for more than 12 hours in a 24 hour period. Recommended for day time or night time use, not both. Not for children under 12 years of age. If you experience jaw pain, clicking, jaw noises, tooth movement, or other symptoms, see your health care provider. Discontinue use and replace if breakage occurs.
**COMMENTS?** Please call us toll-free at 1-888-792-0865 or write us at Splintek, 3325 Wyoming St., Kansas City, MO 64111.
© Copyright 2006 All Rights Reserved. Splintek® and SleepRight® are registered trademarks of Splintek® PPInc. sleepright.com