# EXHIBIT 3

*Dental Concepts*

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

October 20, 2006

Howard M. Holstein
Partner
202-637-5813
hmholstein@hhlaw.com

### BY ELECTRONIC MAIL AND HAND DELIVERY

Mr. Timothy A. Ulatowski
Director, Office of Compliance (HFZ-300)
Center for Devices and Radiological Health
Food and Drug Administration
2094 Gaither Road
Rockville, MD 20877

**Re:** SleepRight® Adjustable Night Guard

Dear Mr. Ulatowski:

It has come to our attention that Splintek® is currently promoting its line of SleepRight®
Adjustable Night Guard ("SleepRight") devices for over-the-counter ("OTC") use to "protect teeth
from clenching & grinding." Our review of the Food and Drug Administration's ("FDA")
premarket notification ("510(k)") database shows that Splintek apparently has not obtained FDA
premarket clearance or approval to commercially distribute this device for OTC use.

## I.    BACKGROUND

Dental mouthguards are unclassified devices. Persons intending to market a dental mouthguard
must submit and obtain FDA clearance of a 510(k) notification before marketing the device. To
date, only one manufacturer (*i.e.*, Dental Concepts L.L.C.) has obtained 510(k) clearance for
marketing a mouthguard for OTC use in protecting teeth against bruxism or nighttime teeth
grinding (K053580).

All other dental mouthguards that received FDA premarket clearance have been restricted to
prescription use. These devices are presently cleared for the following indications for use:

> for protection against tooth grinding, bruxism, and jaw clinching
> that may be associated with temporomandibular disorders
> syndrome or orofacial pain; also to provide short term pain relief

Mr. Timothy A. Ulatowski
October 20, 2006
Page 2

from muscle spasm associated with occlusal interference or with increased muscular activity.

FDA's 510(k) database indicates that the agency cleared Splintek's EZ Splint and EZ Splint PM oral occlusal appliance or splint devices on October 17, 2003 (K022809). The FDA cleared the device for use to protect against teeth grinding, bruxism, and jaw clenching; for short-term pain relief from muscle spasm due to occlusal interference; and for the prevention of chronic tension and temporal mandibular joint (TMJ) syndrome that is caused by chronic jaw clenching of the posterior mandibular and maxillary teeth. FDA cleared the device only for prescription use.

- The attached, as well as the web site claims referenced below, are promotional material (**Attachment 1**) distributed by Splintek for the SleepRight Adjustable Night Guard, which they promote for OTC use.

Splintek's web site (www.sleepright.com) also contains information regarding its line of SleepRight devices (**Attachment 2**). That information describes the following three SleepRight devices: (1) Sleep Right Adjustable Night Guard Advance; (2) Sleep Right Adjustable Night Guard Select; and (3) SleepRight Adjustable Night Guard Select Low-Profile.

The Advance night guard is promoted as "New & improved to be more durable, comfortable, and stable." The Select night guard is promoted as the "Original design that fits most individuals and recommended for sleep." The Select Low-Profile night guard is "Recommended for sensitive gums and/or a small mouth."

The information on Splintek's web site also contains the following statements:

"Can also be worn for performance enhancement during non-contact sporting activities where the natural tendency to clench and grind teeth may occur, such as: golf, weightlifting, tennis, cycling, bowling, archery, skeet shooting, etc."

"Clenching and grinding teeth has been classified as a neuromuscular disorder. Overactive muscles can cause chipping, fractures, excessive wear, and loosening of the teeth. So studies report that chronic jaw clenching and teeth grinding may be related to head and neck muscle tension and pain in the jaw joints. xxx"

"Caution: For all TMJ concerns, please consult your health care provider who may prescribe a SleepRight Rx. Do not use for more than 12 hours in a 24 hour period. Recommended for day time or night time use, not both. Not for children under 12 years of age. If you experience jaw pain, clicking, jaw noises, tooth movement, or other symptoms, see your health care provider. Discontinue use and replace if breakage occurs."

Mr. Timothy A. Ulatowski
October 20, 2006
Page 3

Splintek's web site lists the company's address as 3325 Wyoming St., Kansas City, MO 64111. The web site also show the following telephone contact information: Toll-Free (800) 792-0865; Local (816) 531-1900; and Fax (816) 531-1968.

## III.    REGULATORY REQUIREMENTS

Recommending or suggesting OTC use of a device that FDA has cleared only for prescription use creates a new intended use, which requires the person marketing the device to obtain agency clearance of a new 510(k) notification. 21 C.F.R. § 807.81(a)(3). Until FDA clears the device for marketing for OTC use, the agency deems the device to be adulterated under Section 501(f) of the FDC Act because it is a class III device for which FDA has not approved a premarket approval application or an application for an investigational device exemption. The manufacturer also must ensure that adequate directions for use of the device by the layperson are provided in the device's labeling. Absent such directions for use, the device is misbranded under Section 502(f)(1) of the FDC Act.

## IV.    ANALYSIS

As discussed above, promotional information for the SleepRight Adjustable Night Guards that is being distributed by Splintek or appears on Splintek's web site claims that the device is available for OTC use to protect teeth and dental work from clenching and grinding and is "designed specifically to protect teeth from bruxism, commonly referred to as clenching and grinding the teeth." The information on the Splintek website also states: "Studies has (sic) reported that chronic jaw clenching and grinding has been associated with head, neck, shoulder, and back tension." It appears that Splintek is promoting and marketing its line of SleepRight Adjustable Night Guards for OTC use without first obtaining FDA clearance of a new 510(k) in accordance with 21 C.F.R. § 807.81(a)(3).

The Dental Products Panel ("Panel"), at its meeting on October 12, 2005, discussed the appropriate design of a dental mouthguard marketed for OTC use. In response to the Panel Chairperson's question (Dr. Suzuki) as to whether FDA had a question on appropriate design, FDA's representative (Dr. Mulry) responded: "I think we were kind of looking to have some input on full versus partial coverage and then soft versus hard, whether there would be any differentiation in OTC for one versus the other." Panel transcript p. 172. The Panel concluded that the OTC design should be full coverage and it does not matter whether the device is hard or soft as long as there are adequate labeling instructions. Panel transcript p. 173. It appears that "full coverage" means that the mouthguard covers all of the teeth, including the molars and that "partial coverage" means that the mouthguard covers only some of the teeth in the dental arch.

The Dental Concepts "Nightguard" is a full-coverage device. The Splintek SleepRight is a partial-coverage device because it allows the patient to bite down only on the rear molars, not on all of the teeth in the dental arch.

Mr. Timothy A. Ulatowski
October 20, 2006
Page 4

The Dental Products Panel concluded that only full-coverage mouthguards should be available for OTC use. Therefore, the Panel would not regard the Splintek SleepRight, which is a partial-coverage device, to be suitable for OTC use.

## V.    CONCLUSION

In sum, Splintek is promoting and marketing its line of SleepRight Adjustable Night Guards for OTC used to protect teeth from clenching and grinding without having first obtained FDA clearance or approval for these OTC claims or for a partial-coverage design. Therefore, when promoted for these non-FDA cleared or approved claims, the SleepRight devices are adulterated and misbranded. We request that the Office of Compliance take appropriate enforcement actions to prevent Splintek from continuing to distribute the adulterated and misbranded line of SleepRight Adjustable Night Guards as OTC devices to protect teeth from clenching and grinding.

*     *     *     *     *

Please call me if you have any questions regarding this letter or if we can be of further assistance in FDA's investigation of this matter.

Sincerely,

Howard M. Holstein /RLS

Howard M. Holstein

Attachments

cc:    Robert L. Spencer, Esq.

WDC - 024796/000001 - 2372501 v1

**ATTACHMENT 1**

Teeth grinding?  You need to know what this is.



## SleepRight® Adjustable Night Guard



- Fits comfortably to protect teeth from clenching & grinding
- No boiling, not bulky, fits all sizes
- Designed by a dental specialist
- Most durable guard available, backed by a 90-day warranty

$69.95 (plus shipping & handling)
30-day money back guarantee

**Splintek**  *Designing Health & Comfort*



Shapes at Body Temperature    Adjustable Technology 4 Bitepad Positions

Contact us to order, receive FREE information or find a retailer near you
**1.888.792.0865 • sleepright.com**

ATTACHMENT 2

SleepRight Night Guard Protects Teeth From Teeth Grinding and Clenching     Page 1 of 2



Splintek. *designing health & comfort*

call toll-free **1.888.792**

*Sleep Right &
Live Well*

Home     Products     Customer Posts     Store Locations     Contact Us

| *New!* SleepRight Adjustable Night Guard *Advance* | SleepRight Adjustable Night Guard *Select* | SleepRight Adjustable Night Guard *Select Low-Profile* | SleepRight *Side Sleeping Pillow* | *ErgoPic* |
|---|---|---|---|---|



| New & improved to be more durable, comfortable, and stable. > more information | Original design that fits most individuals and recommended for sleep. > more information | Recommended for sensitive gums and/or a small mouth. > more information | Uniquely designed memory foam pillow for side sleepers. > more information | Ergonomically dental pics. > more informa |
|---|---|---|---|---|

Select Flavor
[ Buy Now ]

*Only available here!*

**$99.95 ($89.95 for 2 or more)**

Available in a natural mint flavor

30-day - money back gurantee

30-day - replacement warranty

Includes one night guard, one carrying case, and fitting instructions.

Select Flavor
[ Buy Now ]

$69.95 ($59.95 for 2 or more)

Available in natural mint flavor or cinnamon flavor

30-day - money back gurantee

30-day - replacement warranty

Includes one night guard, one carrying case, and fitting instructions.

Select Flavor
[ Buy Now ]

$69.95 ($59.95 for 2 or more)

Available in natural mint flavor or cinnamon flavor

30-day - money back gurantee

30-day - replacement warranty

Includes one night guard, one carrying case, and fitting instructions.

Select Size
[ Buy Now ]

$69.95 - 16" Length
$99.95 - 24" Length

5-Year Warranty

All sales final on pillow

Includes one memory foam pillow and one washable, hypo-allergenic cotton velour cover.

Please call to c
1.888.792.086

$6.95

Includes 50 re dental pics and carrying case.

SleepRight Night Guard Protects Teeth From Teeth Grinding and Clenching                Page 2 of 2

**SleepRight System!** Purchase a 16" pillow for $30, or a 24" pillow for $50, or a 24" x 5" pillow for $60 when you purchase it wit SleepRight Adjustable Night Guard! Must place your order over the phone to receive this discount. 1.888.792.0865

Orders placed after 12pm CST will be shipped out the next business day.
Orders placed after 12pm CST on a Friday, Saturday, or Sunday will be shipped out the following Monday, despite the chosen method.

The SleepRight Adjustable Night Guard is not recommended without a prescription for people with disorders of the temporoma joint (TMJ or TMD). TMJ problems can only be diagnosed by a dentist or health professional. SleepRight Adjustable Night Guar available by prescription for different intended uses that can only be diagnosed by a health professional.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc



call toll-free **1.888.792**

Splintek. *designing health & comfort*

*Sleep Right &
Live Well*

Home    Products    Customer Info    Store Locations    Contact Us







SleepRight *Select*
SleepRight *Select Low-Profile*

Frequently Asked Questions
Philosophy
Care & Fitting Instructions
Satisfied Customers

SleepRight Advance is our new & improved desig
that is more durable, stable, and comfortable!

Select Flavor    Buy Now

*Only available here!*

$99.95 each (89.95 each for 2 or more)

Available in a natural mint flavor.

Includes one night guard, one carrying case, and fitting instructions.

**30-Day Money Back Guarantee**
If you are dissatisfied with the SleepRight Night Guard for any reason, simply return it to the place of purchase within 30-days from original purchase date for a refund.

**90-Day Replacement Warranty**
SleepRight is the most durable night guard on the market. If you clench or grind though the SleepRight Night Guard within 90-days from original purchase date,

Splintek has improved the design of the **bitepads**, the **frontal band**, and the **stability** make the SleepRight Advance more durable, comfortable, and stable than the SleepR Select. The Advance bitepads are more durable because they are engineered using a dense, higher quality material. The wider frontal band is anatomically designed with ar bridge to prevent the strap from sliding and feature more bendable hinges to reduce p points. The stability wing is more flexible allowing the wings to move with your mouth f increased comfort.

- Protects teeth and dental work from clenching and grinding
- Designed by a dentist
- Adjustable technology designed to fit all sizes
- No boiling required
- Easy to fit in seconds
- Comfortable and not bulky

The SleepRight Adjustable Night Guard was designed by a specialist in dentistry and I been used by thousands of doctors worldwide. The SleepRight's state-of-the-art techn designed specifically to protect teeth from bruxism, commonly referred to as clenching grinding the teeth. Studies has reported that chronic jaw clenching and grinding has b associated with head, neck, shoulder, and back tension.

Can also be worn for perfomance enhancement during non-contact sporting activities the natural tendency to clench and grind the teeth may occur, such as: golf, weightliftir tennis, cycling, bowling, archery, skeet shooting, etc.

## How does the SleepRight Night Guard work?

SleepRight Night Guard Protects Te   From Teeth Grinding and Clenching

simply send the used night guard to Splintek, 3325 Wyoming St., Kansas City, MO 64111. You must include proof of purchase, your name, and return address. Please allow up to 2 weeks to receive your replacement.

**Indications:** SleepRight Adjustable Night Guard protects teeth and dental work from clenching and grinding.

**Caution:** For all TMJ concerns, please consult your health care provider who may prescribe a SleepRight Rx. Do not use for more than 12 hours in a 24 hour period. Recommended for day time or night time use, not both. Not for children under 12 years of age. If you experience jaw pain, clicking, jaw noises, tooth movement, or other symptoms, see your health care provider. Discontinue use and replace if breakage occurs.

Clenching and grinding teeth has been classified as a neuromuscular disorder. Overac muscles can cause chipping, fractures, excessive wear and loosening of the teeth. So studies report that chronic jaw clenching and teeth grinding may be related to head an muscle tension and pain in the jaw joints. The SleepRight's articulating bitepads, mad resilient hybrid material, slip comfortably between your teeth and are designed to re-e your natural freeway space. While the SleepRight protects teeth from clenching and gi we emphasize and strongly encourage our customers to concentrate on, "lips togethe apart" lips together, teeth apart" to initiate the muscle relaxation learning process. Wh directed by the brain, muscles at ease will allow the teeth to rest on the bitepads. Do n down, although the natural urge to do so will test your mental approach to learning "lip together, teeth apart".

### How do I fit the SleepRight Night Guard?
Detailed pictures are included with easy to follow care and fitting instructions. With SleepRight's patented adjustable technology, you have four bitepad positions, making to customize the size to fit most people. The thermal sensitive strap, which is positione between your lower lip and teeth, will adapt to your gums when heated under warm wa not boil the SleepRight Night Guard.

### How does the SleepRight Night Guard stay in place?
The SleepRight Night Guard utilizes natural tissue retention between your lips, cheek, tongue to be held in place.There are no clasps that attach to the teeth and you do not teeth to hold the appliance in place. While the bitepads are made of a tough and resili material, the heat sensitive memory strap is smooth, soft, and flexible. This enhances adaptation to each individual's anatomy.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.





SleepRight *Advance*
SleepRight *Select Low-Profile*

Frequently Asked Questions
Philosophy
Care & Fitting Instructions
Satisfied Customers



SleepRight Select **is the original design that fits n individuals and recommended for sleep.**

Select Flavor    | Buy Now |

$69.95 each (59.95 each for 2 or more)

Available in natural mint flavor or cinnamon flavor.

Includes one night guard, one carrying case, and fitting instructions.

**30-Day Money Back Guarantee**
If you are dissatisfied with the SleepRight Night Guard for any reason, simply return it to the place of purchase within 30-days from original purchase date for a refund.

**90-Day Replacement Warranty**
SleepRight is the most durable night guard on the market. If you clench or grind though the SleepRight Night Guard within 90-days from original purchase date, simply send the used night guard to

- **Protects teeth and dental work from clenching and grinding**
- **Designed by a dentist**
- **Adjustable technology designed to fit all sizes**
- **No boiling required**
- **Easy to fit in seconds**
- **Comfortable and not bulky**

The SleepRight Adjustable Night Guard was designed by a specialist in dentistry and I been used by thousands of doctors worldwide. The SleepRight's state-of-the-art techn designed specifically to protect teeth from bruxism, commonly referred to as clenching grinding the teeth. Studies has reported that chronic jaw clenching and grinding has b associated with head, neck, shoulder, and back tension.

Can also be worn for perfomance enhancement during non-contact sporting activities the natural tendency to clench and grind the teeth may occur, such as: golf, weightliftir tennis, cycling, bowling, archery, skeet shooting, etc.

## How does the SleepRight Night Guard work?
Clenching and grinding teeth has been classified as a neuromuscular disorder. Overac muscles can cause chipping, fractures, excessive wear and loosening of the teeth. So studies report that chronic jaw clenching and teeth grinding may be related to head an muscle tension and pain in the jaw joints. The SleepRight's articulating bitepads, mad resilient hybrid material, slip comfortably between your teeth and are designed to re-er your natural freeway space. While the SleepRight protects teeth from clenching and g we emphasize and strongly encourage our customers to concentrate on, "lips togethe apart" lips together, teeth apart" to initiate the muscle relaxation learning process. Wh

Splintek, 3325 Wyoming St., Kansas City, MO 64111. You must include proof of purchase, your name, and return address. Please allow up to 2 weeks to receive your replacement.

**Indications:** SleepRight Adjustable Night Guard protects teeth and dental work from clenching and grinding.

**Caution:** For all TMJ concerns, please consult your health care provider who may prescribe a SleepRight Rx. Do not use for more than 12 hours in a 24 hour period. Recommended for day time or night time use, not both. Not for children under 12 years of age. If you experience jaw pain, clicking, jaw noises, tooth movement, or other symptoms, see your health care provider. Discontinue use and replace if breakage occurs.

directed by the brain, muscles at ease will allow the teeth to rest on the bitepads. Do n down, although the natural urge to do so will test your mental approach to learning "lip together, teeth apart".

## How do I fit the SleepRight Night Guard?
Detailed pictures are included with easy to follow care and fitting instructions. With SleepRight's patented adjustable technology, you have four bitepad positions, making to customize the size to fit most people. The thermal sensitive strap, which is positione between your lower lip and teeth, will adapt to your gums when heated under warm wa not boil the SleepRight Night Guard.

## How does the SleepRight Night Guard stay in place?
The SleepRight Night Guard utilizes natural tissue retention between your lips, cheek, tongue to be held in place.There are no clasps that attach to the teeth and you do not teeth to hold the appliance in place. While the bitepads are made of a tough and resili material, the heat sensitive memory strap is smooth, soft, and flexible. This enhances adaptation to each individual's anatomy.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.



Low-Profile

# SleepRight Select

SleepRight **Advance**
SleepRight **Select**

Frequently Asked Questions
Philosophy
Care & Fitting Instructions
Satisfied Customers



SleepRight Select Low-Profile is recommended fo sensitive gums and/or a small mouth.

Select Flavor    [ Buy Now ]

$69.95 each (59.95 each for 2 or more)

Available in natural mint flavor or cinnamon flavor.

Includes one night guard, one carrying case, and fitting instructions.

**30-Day Money Back Guarantee**
If you are dissatisfied with the SleepRight Night Guard for any reason, simply return it to the place of purchase within 30-days from original purchase date for a refund.

**90-Day Replacement Warranty**
SleepRight is the most durable night guard on the market. If you clench or grind though the SleepRight Night Guard within 90-days from original purchase date, simply send the used night guard to

- Protects teeth and dental work from clenching and grinding
- Designed by a dentist
- Adjustable technology designed to fit all sizes
- No boiling required
- Easy to fit in seconds
- Comfortable and not bulky

The SleepRight Adjustable Night Guard was designed by a specialist in dentistry and l been used by thousands of doctors worldwide. The SleepRight's state-of-the-art techn designed specifically to protect teeth from bruxism, commonly referred to as clenching grinding the teeth. Studies has reported that chronic jaw clenching and grinding has be associated with head, neck, shoulder, and back tension.

Can also be worn for performance enhancement during non-contact sporting activities the natural tendency to clench and grind the teeth may occur, such as: golf, weightliftin tennis, cycling, bowling, archery, skeet shooting, etc.

## How does the SleepRight Night Guard work?
Clenching and grinding teeth has been classified as a neuromuscular disorder. Overac muscles can cause chipping, fractures, excessive wear and loosening of the teeth. So studies report that chronic jaw clenching and teeth grinding may be related to head an muscle tension and pain in the jaw joints. The SleepRight's articulating bitepads, mad resilient hybrid material, slip comfortably between your teeth and are designed to re-es your natural freeway space. While the SleepRight protects teeth from clenching and gi we emphasize and strongly encourage our customers to concentrate on, "lips togeth apart" lips together, teeth apart" to initiate the muscle relaxation learning process. Wh

SleepRight Night Guard Protects Te ~h From Teeth Grinding and Clenching

Splintek, 3325 Wyoming St., Kansas City, MO 64111. You must include proof of purchase, your name, and return address. Please allow up to 2 weeks to receive your replacement.

**Indications:** SleepRight Adjustable Night Guard protects teeth and dental work from clenching and grinding.

**Caution:** For all TMJ concerns, please consult your health care provider who may prescribe a SleepRight Rx. Do not use for more than 12 hours in a 24 hour period. Recommended for day time or night time use, not both. Not for children under 12 years of age. If you experience jaw pain, clicking, jaw noises, tooth movement, or other symptoms, see your health care provider. Discontinue use and replace if breakage occurs.

directed by the brain, muscles at ease will allow the teeth to rest on the bitepads. Do n down, although the natural urge to do so will test your mental approach to learning "lip together, teeth apart".

## How do I fit the SleepRight Night Guard?

Detailed pictures are included with easy to follow care and fitting instructions. With SleepRight's patented adjustable technology, you have four bitepad positions, making to customize the size to fit most people. The thermal sensitive strap, which is positione between your lower lip and teeth, will adapt to your gums when heated under warm w not boil the SleepRight Night Guard.

## How does the SleepRight Night Guard stay in place?

The SleepRight Night Guard utilizes natural tissue retention between your lips, cheek, tongue to be held in place.There are no clasps that attach to the teeth and you do not teeth to hold the appliance in place. While the bitepads are made of a tough and resili material, the heat sensitive memory strap is smooth, soft, and flexible. This enhances adaptation to each individual's anatomy.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.

SleepRight Memory Foam Pillow Provides Orthopedic Support For Side Sleeping                Page 1 of 2



# SleepRight™ Side Sleeping Pillow

Helpful Hints
Satisfied Customers
Pillow Sizing Tool

Sleep studies indicate that side sleeping habits are 95% more prevalent when compared to sleeping on the back. Orthopedically correct side sleeping posture is now made possible by the latest in sleep technology with the SleepRight Side Sleeping Pillow. With the SleepRight state-of-the-art design, you can expect restful sleep with maximum support and superior comfort for the head, neck, and shoulders.



## What is the SleepRight Pillow made of?
The SleepRight Side Sleeping Pillow is made from premium Visco-elastic memory foam, originally developed by NASA. This pressure relieving memory foam is sensitive to body temperature and weight, easily conforming to your own personal anatomy. We guarantee our pillows to be made of the highest quality memory foam available with a 5-year warranty. Includes a machine washable, hypo-allergenic, cotton velour cover. However, if desired, your favorite standard pillowcase provides a nice feel without the velour cover.

## How does the SleepRight Pillow work?
The Visco-elastic memory foam conforms to your facial contours by taking an impression of your head and neck anatomy. This greatly minimizes the unwanted side effects of pressure points, which is a benefit unavailable in regular pillows. As your head settles into the full facial cradle, the memory foam will softly conform to your personal anatomy. The memory foam will automatically adjust to your body temperature and head weight as your head and neck stabilize in its resting place. When equalization between head weight and the elasticity of the memory foam is achieved, your head and neck posture will be ideally aligned with your spinal column.

## The Design
The SleepRight Side Sleeping Pillow has three important design features, which distinguish it from all other memory foam pillows.

The full facial cradle gently cradles the face while reduces pressure points on the jaw and ear. This means increased blood flow to the facial dermal cells while sleeping, reducing the tendency for facial tissues to crease or sag.

The 12° shoulder cradle accommodates the acute angle between

Select Size    **Buy Now**

16" x 12" x 3" - $69.95
16" x 12" x 4" - $69.95
24" x 12" x 3" - $99.95
24" x 12" x 4" - $99.95
24" x 12" x 5" - $109.95

16" Length - Ideal for travel
24" Length - Standard pillow that fits most pillow

3" Petite Adult - For 5'4" and shorter
4" Standard Adult - For 5'5" and taller
5" Large Adult - For 5'10" and taller (broad shou large frames)

Includes one memory foam pillow and one mach washable, hypoallergenic, cotton velour cover.

**SleepRight System!** Purchase a 16" pillow for $ 24" pillow for $50 when you purchase it with a SleepRight Adjustable Night Guard! Must place

SleepRight Memory Foam Pillow Pr    ides Orthopedic Support For Side Sle    ng            Page 2 of 2

your head, neck, and shoulder while sleeping on your side. You will experience significant improvement in your spinal alignment between the neck and back. The anatomical shoulder cradle will reduce the body weight impact on the shoulders, increasing blood flow to the arms.

The left and right airway system maximizes airflow to help you experience improved breathing. Some users have reported a reduction in snoring.

order over the phone to receive this discount. 1.888.792.0865

All sales are final on bedding products.

5-Year Warranty
You may exchange the SleepRight Side Sleepin for a replacement within 5 years from the origina purchase date. Simply send the used pillow to S 3325 Wyoming St., Kansas City, MO 64111. Yo include proof of purchase, your name, and retur address. Please allow up to 2 weeks to receive replacement.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.







The ErgoPic is designed with an easy to hold ergonomic finger tab and two different tips. One tip features a patented cleaning texture for interproximal cleaning between teeth. The other is designed to clean plaque around gum lines while stimulating healthy gingival tissues. Each pic is made of durable polypropylene for extended use without splintering or breaking.

Please call to order: 1.888.792.0865

$6.95
includes 60 dental pics and one carrying case.

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PP Inc.

Splintek Community :: Index

# Splintek Community



Compliments are appreciated. Criticisms are accepted if you have an issue with a product, as our service consultants are trained to answer. Please be willing to accept suggestions. Splintek has the right to remove untrue posts regarding products. Thanks.

FAQ    Search    Memberlist    Usergroups    Register
Profile    Log in to check your private messages    Log in

The time now is Tue Oct 03, 2006 11:48 am

View unanswered posts

**Splintek Community Forum Index**

| Forum | Topics | Posts | Last Post |
|---|---|---|---|
| **Products** | | | |
| **Sleep Right** A forum for users of the SleepRight. Moderator Jessica | 10 | 35 | Thu Sep 28, 2006 10:03 am Guest S.J. →◻ |
| **Side Sleeper** A forum for users of the Side Sleeper. Moderator Jessica | 2 | 5 | Thu Jun 29, 2006 6:39 pm Zendi →◻ |
| **Support** | | | |
| **Questions** A forum for customers with questions for Splintek. Moderator Jessica | 48 | 112 | Wed Sep 27, 2006 7:41 am RachelM →◻ |

Mark all forums read

All times are GMT - 6 Hours

**Who is Online**



Our users have posted a total of **152** articles
We have **243** registered users
The newest registered user is **skpsandhoff**

In total there is **1** user online :: 0 Registered, 0 Hidden and 1 Guest   [ Administrator ]   [ Moderator ]
Most users ever online was **10** on Thu Jan 30, 2003 2:47 pm
Registered Users: None

This data is based on users active over the past five minutes

**Log in**

Username: [      ]   Password: [      ]   Log me on automatically each visit ☐   [ Log in ]

New posts      No new posts      Forum is locked

Powered by phpBB 2.0.11 © 2001, 2002 phpBB Group



## Contact Us

Feel free to contact our knowledgeable service representatives by phone, fax, or email.

**Toll-Free 1.888.792.0865**
**Local (816) 531-1900**
**Fax (816) 531-1968**

General Information: sales@splintek.com
Customer Support: support@splintek.com

**Splintek**
**3325 Wyoming St.**
**Kansas City, MO 64111**
**USA**

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.



**Professionals** may receive special rat
Please call to place your order.

**Refer-A-Friend** You can receive **10%**
next order by referring a friend to us. Just c:
tell us the name of your friend you referred :
promotional code: **RAFF10** (cannot be com!
with any other discount)

**SleepRight System!** Receive a larg
discount on the SleepRight Side Sleeping P
when purchased with a SleepRight Adjustat
Night Guard. Must call to receive discount.

Welcome to Splintek, the company dedicated to designing health and
comfort products to help you sleep right and live well. Our SleepRight
Adjustable Night Guard protects teeth and dental work from teeth
grinding and clenching. Help to ease head, neck, and back tension
with our SleepRight Side Sleeping Pillow, made from memory foam.

**Join our mailing list!**
Sign up to receive periodic discounts and pi
updates. > click here

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2006 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.