# EXHIBIT 8



## Store Locations

To locate a retailer near you that carries the **SleepRight Adjustable Night Guard**, please choose your area from the list below.

Choose Your Area 

### California

Also available at *Longs Drugs*

**Target**
7505 Laguna Blvd (SW Sacramento)
Elk Grove, CA 95758
916-683-5356

**Target**
30602 Rancho Santa Margarita Pkwy
Rancho Santa Margarita, CA 92688
949-459-1543

**Relax The Back**
8700 Melrose Ave.
West Hollywood, CA 90069
310.657.2225
pamjris@hotmail.com

**Relax The Back**
215 South Brea Blvd. - Unit 101
Brea, CA 92821
714.257.0994
pamjris@hotmail.com

**Relax The Back**
13702 Jamboree Rd - Suite A
Irvine, CA 92602
714.734.4389
Rtb132@relaxtheback.com

**Relax the Back**
28221 Crown Valley Parkway - Suite E
Laguna Niguel, CA 92677
949.425.1098
pamjris@hotmail.com

**Relax The Back**
1044 Irvine Ave.
Newport Beach, CA 92260
949.645.2225
rtbnewportbeach@hotmail.com

**Relax The Back**
44-455 Town Center Way
Palm Desert, CA 92260
760.340.2525
dave@relaxtheback108.com

**Relax The Back**
240 South Lake Ave.
Pasadena, CA 91101
626.793.1966
Rtb90@relaxtheback.com

**Relax The Back**
6070 Johnson Dr. - Suite C
Pleasanton, CA 94588
925.463.2225
rtbwc@aol.com

**Relax The Back**
8158 Day Creek Blvd. - Suite 120
Rancho Cucamonga, CA 91739
909.646.7222
rtb180@relaxtheback180.com

**Relax The Back**
7610 Hazard Center Dr. - Suite 50
San Diego, CA 92108
619.291.2225
rtb165sd@sbcglobal.net

**Relax The Back**
3905 State St. - Suite 4
Santa Barbara, CA 93105
805.682.2462
relaxthebacksb@verizon.net

**Relax The Back**
2519 Wilshire Blvd.
Santa Monica, CA 90403-4615
310.315.2669
Rtb21@relaxtheback.com

**Relax The Back**
12109 Ventura Blvd.
Studio City, CA 91604
818.763.2211
pamjris@hotmail.com

**Relax The Back**
18711 Ventura Blvd.
Tarzana, CA 91356
818.345.0440
relaxtheback@bizla.rr.com

**Relax The Back**
3320 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362
805.494.4091
pamjris@hotmail.com

**Relax The Back**
19019 Hawthorne Blvd. - Suite 100A
Torrance, CA 90503
310.370.2225
Rtb47@relaxtheback.com

**Relax The Back**
1501 N. California Blvd. - Suite 111
Walnut Creek, CA 94596
925.935.5300
rtbwc@aol.com

Click here to find a retailer that carries the **SleepRight Side Sleeping Pillow**.

Home | Products | Customer Posts | Store Locations | Contact Us | View Cart

© Copyright 2007 All Rights Reserved
SleepRight® and Splintek® are registered trademarks of Splintek® PPInc.