UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. January 2006

-----------------------------------------------------------------x

*Medtech Products, Inc.*

                      Plaintiff(s),

    - against -

*Ranir, LLC*  
*DenTek Oral Care, Inc.* Defendant(s).  
*Power Products, Inc.*
-----------------------------------------------------------------x

CIVIL CASE DISCOVERY PLAN  
AND SCHEDULING ORDER

Civ. ( ) ( )  
07 Civ. 3302  ⎱ *Consolidated*  
07 Civ. 3304  ⎰ *Cases*  
07 Civ. 3305

**This Court requires that this case shall be <u>ready for trial</u> on or after** ~~November 8, 2007~~ October 19, 2007

*Second wk. [illegible] October or Third*

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. *See transcript of hearing this date*

The case (**is**) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by    **6/15**   .

Amended pleadings may be filed until    **6/15**   .

**Discovery:**

1.  Interrogatories are to be served by all counsel no later than   **6/29**  , and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (**shall**) (shall not) apply to this case *as modified*

2.  First request for production of documents, if any, to be served no later than  **6/29** .

3.  Depositions to be completed by   ~~9/14~~ ~~[illegible]~~ **9/21**  .

    a.    Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.  
    b.    Depositions shall proceed concurrently.  
    c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.  
    d.    If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in

the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than _8/17_.

5. Requests to Admit, if any to be served no later than _9/7 - Responses in 3 weeks_.

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are) (are not) attached and made a part hereof.

7. All discovery is to be complete by _9/28_.

Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

Next Case Management Conference _To be set by the assigned judge_ ~~(This date will be set by the Court at the first conference)~~

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. _Lisa Margaret Smith_, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date. _See attached page three incorporated by reference_

SO ORDERED.

Dated: White Plains, New York
_May 31, 2007_

_Charles L. Brieant_
Charles L. Brieant, U.S.D.J.

(a) Plaintiff will submit list of patent claims at issue to counsel for BenTek by Tuesday, June 5.

(b) Rule 26 disclosures by letter 6/22.

(c) Plaintiff & BenTek will exchange list of patent claim terms by letter between 6/11 & 6/15.

(d) Proposed Claim construction exchanged by 6/22.

(e) Claim construction briefs submitted by 7/13, with reply briefs submitted by 7/20.

(f) Expert report disclosures by letter 8/31, with rebuttal reports by 9/14.

(g) Depositions may begin 7/23.

(h) Contention interrogatories may be served on or after 8/1.